UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE G. HARRIS, a/k/a, | : | |
| GEORGE G. HARRIS' WILDLIFE | : | DOCKET NO.: |
| COLLECTION, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT SHOTGUN | : | |
| MANUFACTURING COMPANY, | : | APRIL 7, 2016 |
| | : | |
| *Defendant.* | : | |

_____

## **APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case on behalf of Plaintiff GEORGE G. HARRIS a/k/a GEORGE G. HARRIS' WILDLIFE COLLECTION.  I certify that I am admitted to practice in this court.

 

PLAINTIFF
GEORGE G HARRIS a/k/a
GEORGE G. HARRIS' WILDLIFE
COLLECTION

By: /s/ Nathan J. Buchok
Nathan J. Buchok (ct29132)
SPEARS MANNING LLC
2425 Post Road
Southport, CT  06890
Tel. (203) 292-9766
Fax. (203) 292-9682
Email: nbuchok@spearsmanning.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

          /s/ Nathan J. Buchok
          Nathan J. Buchok