**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GEORGE G. HARRIS, a/k/a,
GEORGE G. HARRIS' WILDLIFE COLLECTION,

      *Plaintiff*,

    v.

                                        Civil Action No.: 3:16cv548 (SRU)

CONNECTICUT SHOTGUN MANUFACTURING
COMPANY,

      *Defendant*.
_____         April 8, 2016


**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

      Plaintiff George G. Harris, a/k/a George G. Harris' Wildlife Collection, ("Plaintiff" or "Harris") moves for a preliminary injunction preliminarily enjoining Defendant Connecticut Shotgun Manufacturing Company ("CSMC" or "Defendant"), and its agents, servants, employees, and those acting in concert with it, from infringing Plaintiff's rights in and to his copyrighted works pursuant to Fed. R. Civ. P. 65.  On April 7, 2016, Plaintiff commenced this action against the Defendant to enforce Plaintiff's registered copyrights in his original expressions, and to stop CSMC from further unlawful conduct. A Memorandum of Law in Support of Motion for Preliminary Injunction is being filed simultaneously herewith, along with Plaintiff's supporting affidavit and exhibits.

WHEREFORE, Plaintiff George G. Harris, a/k/a George G. Harris' Wildlife Collection, respectfully requests that this Court grant Plaintiff's Motion for a Preliminary injunction or, in the alternative, set this matter down for a hearing on the preliminary injunction, ordering that any discovery occur on an expedited basis, together with such other and further relief as this Court may deem just, proper, and equitable.

Date:  April 8, 2016                              **SPEARS MANNING, LLC**


By: /s/ Brian E. Spears
Brian E. Spears (ct14240)
Office and Post Office Address
2425 Post Road, Suite 203
Southport, CT  06890
Telephone:   (203) 292-9766
Facsimile:    (203) 292-9682
bspears@spearsmanning.com


- and -

**BARCLAY DAMON LLP**
Michael A. Oropallo
Jason C. Halpin
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202
Telephone:   (315) 425-2831
Facsimile:    (315) 703-7367
moropallo@barclaydamon.com

Attorneys for George G. Harris, a/k/a,
George G. Harris' Wildlife Collection

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent  by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone  unable to accept electronic filing.  Undersigned will further arrange for delivery to defendant's place of business and serve copy of the foregoing along with the Complaint dated April 7, 2016.  Parties may access this filing through the Court's CM/ECF  system.

/s/ Brian E. Spears
Brian E. Spears