UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

**GEORGE G. HARRIS**, a/k/a **GEORGE G.
HARRIS' WILDLIFE COLLECTION**,

        *Plaintiff*,

    *vs.*

**CONNECTICUT SHOTGUN
MANUFACTURING COMPANY**, a/k/a
**GALAZAN**,

        *Defendant*.

**AFFIDAVIT OF**

**GEORGE G. HARRIS**

Civil Action No.

_____

STATE OF NEW JERSEY    )

                       ) ss:

COUNTY OF MONMOUTH )

    1.      I am the principal of George G. Harris's Wildlife Collection ("Harris").

    2.      I make this affidavit in support of the copyright infringement action I have brought against Connecticut Shotgun Manufacturing Company ("Defendant" or "CSMC"), and in support of my request that Defendant be enjoined from manufacturing, selling or offering for sale, the CSMC Infringing Products, as defined below, pending a final resolution of this matter.

    3.      I am an artist, sculptor and owner of a small, family business.  I design and sculpt collector-grade artwork, specializing in wildlife themed designs, which I market as "Wearable Art For The Outdoor Enthusiast."  A true and correct printout of my website's home page ("GGHarris.com Homepage") is attached hereto as Exhibit A.

    4.      Since 1984, I have personally created my hand-designed originally sculpted artwork and the precision molds from which the artwork is reproduced.  Based in Englishtown, New Jersey, I am an author and own all copyrights in these works, which number over five-

hundred and fifty (550) to date (the "Works"). My Works are developed through the meticulous sculpting, molding, and casting in various media, including pewter, which express my individualized animal motifs and wildlife images. A mold is created from my originals designs, and production pins, pendants, tie tacks, and other decorative items are cast, which replicate the originals in every detail and are sold as wearable art. My original expressions and copyrighted sculptures are sold worldwide through the internet and the outdoor trade, sporting goods stores, specialty shops, galleries, and catalogs, and often are used for fundraising and promotions by conservation groups, schools, and businesses.

5.     The Works have achieved great popularity among wildlife and animal enthusiasts, collectors and others throughout the United States, a large component of whom are concerned with the aesthetic appearance and quality of the items purchased. Harris designs contain several unique features, including the arrangement, shaping and texture incorporated in each of the Works.

6.     Attached hereto as Exhibit B are copies of Copyright Certificates issued by the United States Copyright Office that attest to the registration of my works that are the subject of this action (the "Infringed Works").

7.     On the back of each product that Harris offers for sale is the statutory copyright notice or designation, ©, along with the company identification (GGH) and year of the creation.

8.     By way of example, the images below show the fronts and backs of two Harris Works, with statutory copyright notices inscribed on the backs of each.



9.      Upon information and belief, CSMC is one of the largest custom and high end shotgun makers and dealers in the United States.

10.     As part of its product offerings, CSMC also sells wildlife themed sporting pins, tie tacks and pendants.

11.     In or around June 1997, CSMC first became a Harris customer.

12.     Between June 1997 and August 2012, I shipped approximately fifty-five orders of my copyrighted works to CSMS, with multiple orders placed almost every year, including five in 2012.

13.     These orders included, but were not limited to, orders for wildlife themed pins, pendants, and tie tacks.

14.     It was always my understanding that CSMC was purchasing these items from Harris for the purpose of reselling or otherwise distributing them to CSMC customers.

15.     Each of the products purchased by CSMC from Harris contained a copyright notice.

16.     In or around 2006, CSMC initiated a discussion with my company about licensing a limited number of Harris designs.  While these conversations did not result in a licensing

3

agreement, the communications show that CSMC was aware of my exclusive rights to sculptures and the copyrights in my designs.

17.     On or about June 4, 2012, consistent with the Parties' ongoing business relationship, my company provided CSMC with samples of several of my new copyrighted works.

18.     Other than a couple of small fill-in orders, that was the last order Harris received from or shipped to CSMC.

19.     In or around December 2015, someone I know showed me a CSMC sales catalog, which they thought showed that CSMC is selling my Works.  It was at that time I first suspected that CSMC was copying my designs and selling the infringing copies on CSMC's website.

20.     To confirm my suspicions, several of the CSMC offered products were purchased.

21.     In total, I identified sixty (60) products offered for sale by CSMC that are copies of thirty-four (34) of my copyrighted Works (the "CSMC Infringing Products").  Copies of redacted invoices showing proof of purchase of over forty of these infringing products from CSMC are attached hereto as Exhibit C.

22.     In some cases, there are multiple CSMC Infringing Products that infringe the same Harris copyright.  For example, CSMC sells three different versions of our "Walking Pheasant" pin, one in pewter, another gold plated, and a third hand painted, each based on the same design, which I have copyrighted.

23.     The CSMC Infringing Products contain nearly identical copies of my copyrighted Works, except that the Harris copyright notices have been removed.

24.     In some instances, the CSMC Infringing Products have replaced the Harris copyright notices with CSMC's own copyright notices (though without any accompanying identification of the name of the owner who registered the copyright).

25.     By offering the CSMC Infringing Products for sale, and representing to the public these products are CSMC's original designs, while having express knowledge of Harris' ownership, exclusive rights and copyrights in the Infringed Works, both through the Parties' prior relationship and through Harris' statutory copyright notices (displayed conspicuously on the Harris products that CSMC purchased from Harris), CSMC's infringement of Harris' rights was knowing and willful.

26.     Indeed, throughout the course of the Parties' prior business relationship, CSMC had purchased all of the infringed designs directly from Harris at one time or another, culminating in CSMC's receipt and purchase of Harris' new designs on June 4, 2012.

27.     By way of example, below is a photograph showing a side-by-side display of a Harris copyrighted product (on the left) and the CSMC Infringing Product (on the right).  Side-by-side images of the Harris Infringed Works and the CSMC Infringing Products are attached hereto as Exhibit D.



**Harris #301A Walking Pheasant Pin (left)      CSMC #Z0400  (right)**
**Note:  © 2012 on back**

28.     Any ordinary observer would reach the same conclusion.  The CSMC Infringing Products are slavish copies of my copyrighted Works.

29.     The CSMC Infringing Products are advertised for sale on, and sold through, CSMC's website and sales catalog.   In addition, upon information and belief, the CSMC Infringing Products can be purchased in CSMC's retail stores.

30.     CSMC advertises in the same markets as Harris and to the same customers including some of the same industry publications and of course the internet.

31.     All of the CSMC Infringing Products have been created, not by hand-designing original sculptures, as Harris does, but by knocking off Harris' Infringed Works, including by, upon information and belief, knowingly directly molding copies of these works.  All without permission from Harris to do so.   And all without compensating Harris for infringing upon Harris' exclusive rights.

32.     Importantly, *all* of the sixty CSMC Infringing Products, though nearly identical in all material respects, ***are missing Harris' copyright notices***.  Rather, left in its place is either a different copyright notice, a title of the product, or no marking at all.  In other words, CSMC has copied Harris' design but ignored Harris' copyright notice, or obliterated it by either marking over it, leaving a hollow void in its place (where the copyright notice on the Harris products would normally be visible), or adding material to the backs of the CSMC Infringing Products to cover up the Harris copyright notice.

33.     Indeed, the only way in which I am aware for Defendant to have created certain of the designs that are essentially identical to my designs – even exhibiting areas where the tool marks from my designs are faithfully reproduced – is to create a mold from my designs.

34.     Again, I certainly never gave CSMC permission to copy my designs, or remove the copyright notice contained on my designs.

35.     As further evidence of the blatant copying by CSMC of my Infringed Works, the backs of some of the CSMC Infringing Products, including the product shown in the photograph above, are marked with the species name or copyright symbol, ©, and the year "2012," but with no company identification.

36.     We have run searches for copyrights registered by CSMC, and have been unable to locate registrations for any of the CSMC Infringing Products containing a 2012 copyright notice.

37.     In addition, as evidence of the premeditated actions of CSMC, the date "2012" that appears on some of the CSMC Infringing Products happens to be the **_last year_** that CSMC purchased products from Harris.  Copies of the invoices showing the transmittal of the Harris samples to CSMC in 2012 are attached hereto as Exhibit E.

38.     Harris is a family owned business that has established a successful and high quality operation.  Not only has its income been significantly impacted by CSMC's actions, but there is no way to determine the intangible damage that has been done to Harris' reputation, customer base, and future revenue stream. As such Harris has been irreparably harmed and cannot be fully compensated monetarily. Moreover, in the absence of a preliminary injunction, this damage will continue, which is highly prejudicial to Harris' business.  Our entire business depends on the quality, manufacturing, and sale of our hand-crafted and copyrighted original designs like the ones that are the subject of this action.  CSMC's representations that it too is selling copyrighted products very similar to mine have the effect of degrading the quality and uniqueness of Harris products, while at the same time suggesting that any Harris copyright can be easily knocked off.

WHERFORE, I respectfully request that the Court grant Plaintiff's motion, and for such other and further relief as to the Court may seem just, proper and equitable.

_GEORGE G. HARRIS_

GEORGE G. HARRIS

Sworn to before me this

7th day of April, 2016

Notary Public

SEHAM Y. SHENOUDA
Notary Public
State of New Jersey
My Commission Expires June 28, 2017

8

# EXHIBIT A



Home   Shopping Cart   Sign In   Register   Contact Us

GO!

Advanced Search

# GG Harris' Wildlife Pins and All Kinds of Dogs Keychains

Detailed Pewter, Gold Plated & Painted Pins, Keychains & more. Handcrafted in the USA since 1984.

## Our Products

Dog Breeds
Freshwater Fish
Salt Water Fish
Birds
Mammals
Miscellaneous
Fish & Wildlife Keychains
Fish & Wildlife Pendants
Mini-Pins
Gold Plated Tie Tacs
Displays & Packaging

Welcome to George G. Harris' Wildlife Collection for all your favorite Wildlife and Dog Breed Pins, Keychains and more.
We handcraft over 2500 detailed original castings in lead-free Fine Pewter - and you'll see them all here!
Most items are in stock and ship in 1 - 2 days. We invite you to explore our store and shop with confidence.

$50 minimum order. Shipping $7.95 on all US orders & free with $100 purchase.

Orders less than $50, please visit one of our full-line stocking dealers:
www.stores.ebay.com/pewterplace . Don Olsen . Daytime 717-336-7876 . Email to: roddoc@ptd.net
www.wildlifepewterpins.com . Teresa Groves . Daytime 410-234-4567

Wholesale & Large Volume Pricing - contact us at ggharris@optonline.net or 888-443-3169.

    

Dog Breeds (715)    Freshwater Fish (220)    Salt Water Fish (202)    Birds (318)    Mammals (478)    M

 All designs © GG Harris & Handcrafted in the USA from lead-free Fine Pewter

Terms and Conditions   About Us   Help   Site Map



Copyright © 2015-2016 GG Harris' Wildlife Pins and All Kinds of Dogs Keychains. All rights reserved.

    



# EXHIBIT B

# CERTIFICATE OF REGISTRATION

Case 3:15-cv-00546-GNU    Document 10-1    Filed 04/08/15

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VA 1-112-386**

VA                VAU

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

EFFECTIVE DATE OF REGISTRATION

**12-21-01**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
George G. Harris' "Wildlife Collection"
(New Designs for 1990)

**NATURE OF THIS WORK ▼** See instructions
Sculptural Jewelry designs / Ornaments

**PREVIOUS OR ALTERNATIVE TITLES ▼** 13 low relief sculptures for Hat / Lapel Pins & Keychains, part of a continuing series, listed and shown pictorially on the attached pages.☆

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

## 2

**a**

**NAME OF AUTHOR ▼**
George G. Harris

**DATES OF BIRTH AND DEATH**
Year Born ▼ 08/06/57    Year Died ▼ n/a

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **USA**
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 01    Year ▶ 1990
USA ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George G. Harris
238 Union Hill Rd
Manalapan, NJ 07726

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
DEC 21 2001
**ONE DEPOSIT RECEIVED**
DEC 21 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

George G. Harris, 238 Union Hill Rd, Manalapan, NJ 07726

Area Code and Telephone Number ▶ 732-446-3169

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☑ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

George G. Harris                                      Date ▶ 12/20/01

Handwritten signature (X) ▼

*GGHarris*

**9**

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

| Name ▼ | George G. Harris |
|---|---|
| Number/Street/Apt ▼ | 238 Union Hill Rd |
| City/State/ZIP ▼ | Manalapan, NJ  07726 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000   ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **SPORTSMEN'S WILDLIFE PIN COLLECTION** deposited in the Copyright Office with claim of copyright registered under number **VA 214 630**.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on July 29, 1997.

Marybeth Peters
Register of Copyrights

By:  Charles Roberts
     Head
     Certifications and Documents
     Section
     Information and Reference
     Division

# CERTIFICATE OF REGISTRATION

Additional Certificate (17 U.S.C. 706)

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**VA 214 630**

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

FEB 6 1986

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Sportsmen's Wildlife Pin Collection.

**NATURE OF THIS WORK ▼** See instructions

40 different patterns of Jewelry Design/ Ornaments

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

**a** George Geoffrey Harris

**DATES OF BIRTH AND DEATH**
Year Born ▼ 3/6/1957    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sole designer and creator of original sculpture

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ 6    Year ▶ 1985
USA    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

George Geoffrey Harris
122 Old Bridge Road
Englishtown, NJ 07726

APPLICATION RECEIVED
FEB. 06. 1986
ONE DEPOSIT RECEIVED
FEB. 06. 1986
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of

FORM VA

VA 214 630

EXAMINED BY **DE**

CHECKED BY **DE**

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☒ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
George Geoffrey Harris/ 122 Old Bridge Road/ Englishtown/ NJ/ 07726

Area Code & Telephone Number ▶ (201) 446-3169 day or night

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
George Geoffrey Harris     date ▶ 1/27/86

Handwritten signature (X) ▼
George G. Harris

**MAIL CERTIFICATE TO**
Name ▼
George Geoffrey Harris
Number/Street/Apartment Number ▼
122 Old Bridge Road
City/State/ZIP ▼
Englishtown, NJ 07726

**9**

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-312     Nov. 1981—600,000



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **SPORTSMEN'S WILDLIFE PIN COLLECTION (NEW DESIGNS FOR 1991)** deposited in the Copyright Office with claim of copyright registered under number **VA 639 339.**

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on July 29, 1997.



Marybeth Peters
Register of Copyrights

By:  Charles Roberts
Head
Certifications and Documents
Section
Information and Reference
Division

# CERTIFICATE OF REGISTRATION

Additional Certificate (17 U.S.C. 706)

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

**VA 639 339**

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

**MAY 0 2 1994**

Month        Day        Year

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK** ▼
Sportsmen's Wildlife Collection
(New designs for 1991)

**NATURE OF THIS WORK** ▼ See instructions

Jewelry Design / Ornaments

DESIGNS LISTED ARE CIRCLED IN CATALOG

**PREVIOUS OR ALTERNATIVE TITLES** ▼ Part #'s - 100, 108, 142, 152, 226, 329, 416, 453, 454, 902, (page 6) M-308

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work** ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**NAME OF AUTHOR** ▼
George Geoffrey Harris

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼
8|6|57

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

"Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1990 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 1    Year ▶ 1991    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George Geoffrey Harris
PO Box 748
Englishtown, NJ 07726

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
MAY 0 2 1994
ONE DEPOSIT RECEIVED
MAY 0 2 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

VA **639-339**

|  | CHECKED BY | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
|  | ☐ CORRESPONDENCE<br>Yes |  |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

*George G. Harris, P O Box 748, Englishtown, NJ 07726*

Area Code & Telephone Number▶ *908-446-3169*

Be sure to give your daytime phone ◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

*George G. Harris*                                    date▶ *4/25/94*

Handwritten signature (X) ▼

*George G. Harris*

| MAIL CERTIFICATE TO | Name ▼ *George G. Harris* | **9** |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ *P O Box 748*<br>City/State/ZIP ▼ *Englishtown, NJ 07726* | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material<br>MAIL TO:<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C. 20559 |

*\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

February 1992—35,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,016



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.



**THIS IS TO CERTIFY** that the attached
photocopies are a true representation of the work
entitled **SPORTSMEN'S WILDLIFE PIN COLLECTION (NEW
DESIGNS FOR 1992)** deposited in the Copyright Office
with claim of copyright registered  under number
**VA 639 340**.

**IN WITNESS WHEREOF**, the seal of this Office
is affixed hereto on July 29, 1997.

Marybeth Peters
Register of Copyrights

By: Charles Roberts
Head
Certifications and Documents
Section
Information and Reference
Division

# CERTIFICATE OF REGISTRATION

### Additional Certificate (17 U.S.C. 706)

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA   639 340**

VA                VAU

EFFECTIVE DATE OF REGISTRATION

**MAY 0 2 1994**

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼
SPORTSMEN'S WILDLIFE COLLECTION
(NEW DESIGNS FOR 1992)

DESIGNS LISTED ARE CIRCLED IN CATALOG

NATURE OF THIS WORK ▼ See instructions
Jewelry Design / Ornaments

PREVIOUS OR ALTERNATIVE TITLES ▼ PART #S-103, 113, 131, 134, 153, 156, 218, 225, 270, 271, 273, 316, 323, 326, 343, 344, 351, 358, 361, 371, 415, 417, 419, 431, 433, 441, 455, 458, 467, 466, 467, 468, 469, 493, 493, 494, 499, 531, 532, 540, 541, 542, 543, 544, 570, 607, 903, 904. (PAGE 6) M-112, M-207, M-309, M-327, M-330, M-400, M-425

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a**
NAME OF AUTHOR ▼
George Geoffrey Harris

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼
8/6/57

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law...

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1991 ◀ Year

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ January  Day ▶ 1  Year ▶ 1992
◀ Nation

## 4

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George Geoffrey Harris
PO Box 748
Englishtown, NJ 07726

APPLICATION RECEIVED
MAY 0 2 1994
ONE DEPOSIT RECEIVED
MAY 0 2 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

VA    639 340

CHECKED BY

| CORRESPONDENCE |
| Yes |

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                **Account Number ▼**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
George G. Harris, PO Box 748, Englishtown, NJ 07726

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶  908-446-3169

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
George G. Harris                                           date ▶ 4/25/94

          Handwritten signature (X) ▼
          George G. Harris

**MAIL
CERTIFI-
CATE TO**

Name ▼
George G. Harris

Number/Street/Apartment Number ▼
PO Box 748

City/State/ZIP ▼
Englishtown, NJ 07726

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

Certificate
will be
mailed in
window
envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

February 1992—35,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,016



LIBRARY OF CONGRESS

## Copyright Office
## of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached
photocopies are a true representation of the work
entitled **SPORTSMEN'S WILDLIFE PIN COLLECTION (NEW
DESIGNS FOR 1988)** deposited in the Copyright Office
with claim of copyright registered  under number
**VA 647 908.**

**IN WITNESS WHEREOF,** the seal of this Office
is affixed hereto on July 29, 1997.

Marybeth Peters
Register of Copyrights

By:  Charles Roberts
Head
Certifications and Documents
Section
Information and Reference
Division

# CERTIFICATE OF REGISTRATION

## FORM VA

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

VA    647 908

VA            VAU

**EFFECTIVE DATE OF REGISTRATION**

MAY 0 2 1994

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

SPORTSMEN'S WILDLIFE COLLECTION ( NEW DESIGNS FOR 1988)

**NATURE OF THIS WORK ▼** See instructions

Jewelry Design / Ornaments

SIGNS LISTED
CIRCLED
i CATALOG

**PREVIOUS OR ALTERNATIVE TITLES ▼** PART # S-107, 109, 112, 125, 126, 127, 129, 130, 132, 133, 139, 140; 191, 201, 204, 209, 217, 213, 219, 220, 250, 251, 308, 309, 310, 311, 312, 320, 360, 400, 413, 414, 421, 422, 423, 425, 441, 445, 446, 451, 475, 480, 481, 483, 484, 590, 600, 750, 800   (PAGES) M-140, M-320

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2** **NAME OF AUTHOR ▼**

George G. Harris

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

8 | 6 | 57

Was this contribution to the work a "work made for hire"?

☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country

OR { Citizen of ▶ USA
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**

Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Check appropriate box(es). **See instructions**

☒ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☒ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

that was made
for hire" check
"Yes" in the
space provided,
give the
employer (or
other person for
whom the work
was prepared) as
"Author" of that
part, and leave
the space for
dates of birth and
death blank.

Was this contribution to the work a "work made for hire"?

☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country

OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**

Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.

1987 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.

Month ▶ January  Day ▶ 1  Year ▶ 1988

USA ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

George Geoffrey Harris
PO Box 748
Englishtown, NJ 07726

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAY 0 2 1994
**ONE DEPOSIT RECEIVED**
MAY 0 2 1994
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

FORM VA

VA    647 908

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

George Geoffrey Harris, PO Box 748, Englishtown, NJ 07726

Area Code & Telephone Number ▶ 908-446-3169

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☑ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

George G. Harris                                    date ▶ 4/25/94

Handwritten signature (X) ▼

George G. Harris

**MAIL
CERTIFI-
CATE TO**

Name ▼

George G. Harris

Number/Street/Apartment Number ▼

PO Box 748

City/State/ZIP ▼

Englishtown, NJ 07726

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1991—150,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,018

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached
photocopies are a true representation of the work
entitled **SPORTSMEN'S WILDLIFE PIN COLLECTION (NEW
DESIGNS FOR 1987)** deposited in the Copyright Office
with claim of copyright registered  under number
**VA 647 909.**

**IN WITNESS WHEREOF,** the seal of this Office
is affixed hereto on July 29, 1997.

Marybeth Peters
Register of Copyrights

By:  Charles Roberts
     Head
     Certifications and Documents
     Section
     Information and Reference
     Division

# CERTIFICATE OF REGISTRATION

Additional Certificate (17 U.S.C. 705)

# FORM VA

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

VA 647 909

| VA | VAU |
| --- | --- |

EFFECTIVE DATE OF REGISTRATION

MAY 0 2 1994

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

## 1

*designs listed re-circled in catalog*

**TITLE OF THIS WORK ▼**
Sportsmen's Wildlife Collection (NEW DESIGNS FOR 1987)

**NATURE OF THIS WORK ▼** See Instructions
Jewelry Design / Ornaments

**PREVIOUS OR ALTERNATIVE TITLES ▼** PART #'S- 116, 123, 124, 208, 212, 215, 216, 306, 307, 321, 322, 331, 402, 404, 406, 407, 410, 411, 440, 450, 461, 501, 502, 520, 530, 702

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

---

## 2

**NAME OF AUTHOR ▼**
George Geoffrey Harris

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼
8|6|1957

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶ USA
⎱ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☒ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

NOTE
me employee (see Instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
⎱ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼Year in all cases.
1986

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 1 Year ▶ 1987
USA ◀ Nation

---

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George Geoffrey Harris
PO Box 748
Englishtown, NJ 07726

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 0 2 1994
ONE DEPOSIT RECEIVED
MAY 0 2 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

VA    647 909

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼        **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
George Geoffrey Harris, PO Box 748, Englishtown, NJ 07726

Area Code & Telephone Number ▶ (908) 446-3169

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
George G. Harris                                    date ▶ 4/25/94

☞   Handwritten signature (X) ▼   George G. Harris

**MAIL
CERTIFI-
CATE TO**

Name ▼   George Geoffrey Harris

Number/Street/Apartment Number ▼
PO Box 748

City/State/Zip ▼
Englishtown, NJ 07726

**Certificate
will be
mailed in
window
envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
February 1992—35,000                                   ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,016



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **SPORTSMEN'S WILDLIFE PIN COLLECTION (NEW DESIGNS FOR 1989)** deposited in the Copyright Office with claim of copyright registered  under number **VA 647 910.**

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on July 29, 1997.

Marybeth Peters
Register of Copyrights

By:  Charles Roberts
Head
Certifications and Documents
Section
Information and Reference
Division

# CERTIFICATE OF REGISTRATION

## FORM VA

Additional Certificate (17 U.S.C. 706)

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**REGISTRATION NUMBER**

VA . 647 910

VA ☑    VAU

**EFFECTIVE DATE OF REGISTRATION**

MAY 0 2 1994

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

DESIGNS LISTED ARE CIRCLED IN CATALOG

**TITLE OF THIS WORK ▼**
SPORTSMEN'S WILDLIFE COLLECTION (NEW DESIGNS FOR 1989)

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design/Ornament

**PREVIOUS OR ALTERNATIVE TITLES ▼** PART #'S - 135, 141, 203, 207, 221, 222, 223, 304, 317, 318, 319, 332, 341, 359, 412, 430, 431, 432, 433, 434, 439, 452, 503, 900, 901

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
George Geoffrey Harris

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼
8/6/57

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼Year in all cases.
1988

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 1 Year ▶ 1989    ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George Geoffrey Harris
PO Box 748
Englishtown, NJ 07726

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAY 0 2 1994
**ONE DEPOSIT RECEIVED**
MAY 0 2 1994
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

VA 647 910

CHECKED BY

☑ CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                               **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

George G. Harris, PO Box 748, Englishtown, NJ 07726

Area Code & Telephone Number▶  908-446-3169

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

George G. Harris                                          date▶ 4/25/94

☞  Handwritten signature (X) ▼

George G. Harris

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
George G. Harris

**Number/Street/Apartment Number** ▼
PO Box 748

**City/State/ZIP** ▼
Englishtown, NJ 07726

**Certificate
will be
mailed in
window
envelope**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

February 1992—35,000                                                                ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,016

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **SPORTSMEN'S WILDLIFE PIN COLLECTION (NEW DESIGNS FOR 1994)** deposited in the Copyright Office with claim of copyright registered  under number **VA 658 253.**

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on July 29, 1997.

Marybeth Peters
Register of Copyrights

By:  Charles Roberts
Head
Certifications and Documents
Section
Information and Reference
Division

# CERTIFICATE OF REGISTRATION

## FORM VA

**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 658 – 253**

VAU000658253A

EFFECTIVE DATE OF REGISTRATION

**08 / 02 / 94**
Month / Day / Year

Additional Certificate (17 U.S.C. 706)

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF THIS WORK ▼
SPORTSMEN'S WILDLIFE COLLECTION
(NEW DESIGNS FOR 1994)

NATURE OF THIS WORK ▼ See instructions
Jewelry Design / Ornaments

ALL DESIGNS SHOWN ON ENCLOSED CATALOG SHEET

PREVIOUS OR ALTERNATIVE TITLES ▼ PART #'s - 115, 119, 123, 136, 165, 333, 340, 385, 408, 429, 435, 438, 458, 459, 460, 470, 491, 527, 591, 605, 608, 621, 623, M-100, M-108, M-134, M-201, M-213, M-304, M-321, M-405, M-448, M-419, M-484, M-450, M-490, M-

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

NAME OF AUTHOR ▼
**a** George Geoffrey Harris

DATES OF BIRTH AND DEATH
Year Born ▼  8/6/57     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☒ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

NAME OF AUTHOR ▼
**b**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

*generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.*

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.  1993

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ JANUARY  Day ▶ 1  Year ▶ 1994
USA  ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George Geoffrey Harris
PO Box 748
Englishtown, NJ 07726

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 02 1994
ONE DEPOSIT RECEIVED
AUG 02 1994
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

George G. Harris , PO Box 748 , Englishtown , NJ  07726

Area Code and Telephone Number ▶  908 - 446 - 3169

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☑ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

George G. Harris                                    Date▶ 7/22/94

Handwritten signature (X) ▼

George G. Harris

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼

George G. Harris

Number/Street/Apt ▼

PO Box 748

City/State/ZIP ▼

Englishtown, NJ  07726

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-303-758**



EFFECTIVE DATE OF REGISTRATION



APR   4   2005
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

George G. Harris' "Wildlife Collection" (New Designs for 2005)

NATURE OF THIS WORK ▼ See Instructions

jewelry design / ornaments

Previous or Alternative Titles ▼

5 low relief sculptures, part of a continuing series, listed and shown on following page

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

George G. Harris

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼
1957              n/a

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
     Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es).See Instructions
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
     Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2004
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month January  Day 01  Year 2005
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

George G. Harris
238 Union Hill Rd
Manalapan, NJ 07726

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
APR  4 2005

ONE DEPOSIT RECEIVED
APR - 4 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**DO NOT WRITE HERE**

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at line 8.

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _____ **Account Number** ▼ _____

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

George G. Harris
238 Union Hill Rd
Manalapan, NJ 07726

b

Area code and daytime telephone number  ( 732 ) 446-3169     Fax number  ( 732 ) 446-5423

Email  ggharris@optonline.net

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

George G. Harris     **Date** 03/31/05

Handwritten signature (X) ▼

x _Gg Harris_  3/31/05

| Certificate will be mailed in window envelope to this address: | **Name** ▼ George G. Harris | **9** |
|---|---|---|
| | **Number/Street/Apt** ▼ 238 Union Hill Rd | • Complete all necessary spaces • Sign your application in space 8 |
| | **City/State/ZIP** ▼ Manalapan, NJ 07726 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-966-465

**Effective Date of Registration:**
June 24, 2015

---

## Title

**Title of Work:** George G. Harris' "Wildlife Collection" #468D Buck Skull with Drop Tines

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** January 15, 2003
**Nation of 1st Publication:** United States

## Author

- **Author:** George Geoffrey Harris
  **Author Created:** jewelry design, sculpture
  **Citizen of:** United States
  **Year Born:** 1957

## Copyright Claimant

**Copyright Claimant:** George Geoffrey Harris
238 Union Hill Rd, Manalapan, NJ, 07726

## Certification

**Name:** George G. Harris
**Date:** June 24, 2015

---

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGIST

**VA 818 – 144**

EFFECTIVE DATE OF REGISTRATION

| 5 | 27 | 97 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

092069490

## 1

**TITLE OF THIS WORK ▼**
George G. Harris' "Wildlife Collection"
(New Designs for 1996)

**NATURE OF THIS WORK ▼** See Instructions
Jewelry design/ornaments

**PREVIOUS OR ALTERNATIVE TITLES ▼** 25 Hat/Lapel pins, 12 Mini-pin & Tie Tacs, & 13 Keychain Designs, all part of a continuing series (shown on attached page

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**
a George G. Harris

**DATES OF BIRTH AND DEATH**
Year Born ▼  08/06/57    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶  USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture     ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph          ☐ Text
☐ Reproduction of work of art ☒ Jewelry design      ☐ Architectural work
☐ Design on sheetlike material

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph          ☐ Text
☐ Reproduction of work of art ☐ Jewelry design      ☐ Architectural work
☐ Design on sheetlike material

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December  Day ▶ 01  Year ▶ 1995
USA  ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George G. Harris
238 Union Hill Road
Manalapan, NJ  07726

**APPLICATION RECEIVED**
JUL 09 1997    5/27/97
**ONE DEPOSIT RECEIVED**
JUL 09 1997    5/27/97
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See Instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY   JR

CHECKED BY

☐ CORRESPONDENCE
Yes

.·FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

George G. Harris, 238 Union Hill Road, Manalapan, NJ  07726

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶  908-446-3169

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

George G. Harris                                    Date▶ 5/5/97

☞ Handwritten signature (X) ▼

*GG Harris*

---

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
George G. Harris

Number/Street/Apt ▼
238 Union Hill Road

City/State/ZIP ▼
Manalapan, NJ  07726

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1993—300,000        ♲ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 848-116

EFFECTIVE DATE OF REGISTRATION

JUN 19 1997

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
George G. Harris' "Wildlife Collection" (New Designs for 1997)

**NATURE OF THIS WORK ▼** See instructions
Jewelry design/ornaments

**PREVIOUS OR ALTERNATIVE TITLES ▼** 28 Hat/lapel pins (low relief sculptures), all part of a continuing series shown on attached page.*

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ / Number ▼ / Issue Date ▼ / On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
George G. Harris

**DATES OF BIRTH AND DEATH**
Year Born ▼ 08/06/57 / Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ / Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December   Day▶ 01   Year▶ 1996
USA ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George G. Harris
238 Union Hill Road
Manalapan, NJ 07726

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

JUN 19 1997

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _VT.A_

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                 Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. · Name/Address/Apt/City/State/ZIP ▼

George G. Harris, 238 Union Hill Road, Manalapan, NJ 07726

Area Code and Telephone Number ▶ 908-446-3169

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

George G. Harris                                    Date ▶ 06/16/97

Handwritten signature (X) ▼

George G. Harris

**Mail
certificate
to:**

Certificate
will be
mailed in
window
envelope

Name ▼

George G. Harris

Number/Street/Apt ▼

238 Union Hill Road

City/State/ZIP ▼

Manalapan, NJ 07726

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 3
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000        PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

# CERTIFICATE OF REGISTRATION



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 970-157

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
OFFICIAL SEAL

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 06 | 01 | 99 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**
George G. Harris' "Wildlife Collection" (New Designs for 1999)

**NATURE OF THIS WORK ▼** See instructions
Jewelry Designs/Ornaments

**PREVIOUS OR ALTERNATIVE TITLES ▼** 30 Hat/Lapel Pins (low relief sculptures) all part of a continuing series listed and shown on attached page.

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2** **a** **NAME OF AUTHOR ▼**
George G. Harris

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼
08/06/57

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

---

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 01 Year ▶ 1999
USA ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George G. Harris
238 Union Hill Road
Manalapan, NJ 07726

See instructions before completing this space.

**APPLICATION RECEIVED** JUN 01 1999
**ONE DEPOSIT RECEIVED** JUN 01 1999
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[ ] Yes  X No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. [ ] This is the first published edition of a work previously registered in unpublished form.
b. [ ] This is the first application submitted by this author as copyright claimant.
c. [ ] This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
George G. Harris, 238 Union Hill Road, Manalapan, NJ  07726

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶   732-446-3169

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼
X author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[ ] authorized agent of
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
George G. Harris                                     Date▶ 05/20/99

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
George G. Harris

Number/Street/Apt ▼
238 Union Hill Road

City/State/ZIP ▼
Manalapan, NJ  07726

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please  contact  the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000   ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

# EXHIBIT C

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date      : 02/22/16      Invoice No. :  148658A
Due Date: 02/22/16       Page:            1

Ship To/Remarks

0000053050
Ternyila, Joe
1613 Sue St
Wall Township NJ 07753
USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| 20104 | Labrador Retriever Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20250 | Golden Retriever-Full Body | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20112 | Golden Retriever Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20103 | English Setter Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20106 | English Pointer Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20110 | Coon Hound Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20111 | Beagle Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20121 | Bobwhite Quail Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20118 | Mallard Duck Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20122 | Canada Goose Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20123 | Turkey Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20125 | Woodduck Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| 20130 | Dove Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |

Sub-Total :
Tax          :
Total        :

Net To Pay:

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.  ALL NEW GUNS ARE CUSTOM MADE.

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.  Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.  Purchasers assume all liability contingent to the use of arms
purchased from us.

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date      : 02/22/16    Invoice No. :   148658A
Due Date: 02/22/16      Page:           2

Ship To/Remarks

0000053050
Terrylla, Joe
1613 Sue St
Wall Township NJ 07753
USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0132 | Pheasant - Flying Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0134 | Woodduck Head Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0201 | Flying Turkey | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0136 | Elk Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0137 | Moose Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0139 | Whitetail Buck/side/PewterPin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0140 | Black Bear Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0272 | Moose Head | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0287 | Buck - Jumping | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0406 | Walking Pheasant-Painted | 1.0 | 1.0 | | 9.9500 | 9.95 |
| MISC | Hand Painted Dove Pwt Pin - see RMA # | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0269 | Hand Painted Turkey Pwt Pin | 1.0 | 1.0 | | 14.9500 | 14.95 |
| Z0510 | Mallard Flying-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |

Sub-Total :
Tax        :
Total      :

Net To Pay:

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.  ALL NEW GUNS ARE CUSTOM MADE.

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.  Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.  Purchasers assume all liability contingent to the use of arms
purchased from us.

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581   Fax : (860) 832-8707

Date     : 02/22/16     Invoice No. :   148658A
Due Date: 02/22/16     Page:               3

Ship To/Remarks

0000053050
Ternyila, Joe
1613 Sue St
Wall Township NJ 07753
USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0506 | Turkey-Strutting-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0507 | Skull & Horns-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0303 | Bobwhite Quail Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0304 | Canada Goose Gold Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |

Sub-Total :        303.50
Tax          :          0.00
Total        :        303.50
VISA        :      -313.50
Net To Pay:      -10.00

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.   ALL NEW GUNS ARE CUSTOM MADE.

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.   Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.   Purchasers assume all liability contingent to the use of arms
purchased from us.

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date      : 03/10/16
Due Date: 03/10/16

Invoice No. :   149038A
Page:                1

Ship To/Remarks

0000053050
Terryila, Joe
1613 Sue St
Wall Township NJ 07753
USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0103 | English Setter Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0107 | Clay Target Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0108 | Shooter #1 | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0113 | German Shorthair Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0115 | Springer Spaniel Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0116 | Rabbit Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0117 | Ruffed Grouse Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0124 | Woodcock Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0131 | Ruffed Grouse Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0136 | Elk Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0400 | Walking Pheasant | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0415 | Tom Turkey - Walking | 1.0 | 0.0 | 1.0 | 9.9500 | 0.00 |
| Z0416 | Turkey Flying | 1.0 | 0.0 | 1.0 | 9.9500 | 0.00 |

Sub-Total :
Tax          :
Total        :

Net To Pay:

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.  ALL NEW GUNS ARE CUSTOM MADE.

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.  Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.  Purchasers assume all liability contingent to the use of arms
purchased from us.

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date     : 03/10/16     Invoice No. :  149038A
Due Date: 03/10/16     Page:          2

Ship To/Remarks

0000053050
Terryila, Joe
1613 Sue St
Wall Township NJ 07753
USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0502 | White Flyer-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0503 | Woodcock Flying-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0504 | Pheasant Flying-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0505 | Turkey-Flying-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0508 | Tail Feathers-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0509 | Ruffed Grouse-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0300 | Ruffed Grouse Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0302 | Turkey (flying) Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0305 | Whitetail Buck Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0307 | Mallard Duck Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0308 | Woodcock Tie Tac - Gold | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0309 | Labrador Retriever Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0500 | Walking Pheasant-Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |

Sub-Total :
Tax        :
Total      :

Net To Pay:

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.  ALL NEW GUNS ARE CUSTOM MADE.

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.  Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.  Purchasers assume all liability contingent to the use of arms
purchased from us.

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date     : 03/10/16     Invoice No. :  149038A
Due Date: 03/10/16     Page:         3

Ship To/Remarks

000053050
Ternyila, Joe
1613 Sue St
Wall Township NJ 07753
USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0205 | English Setter Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0252 | Hand Painted English Setter | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0259 | Hand Painted Ruffed Grouse Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0260 | Hand Painted Pheasant Pwt Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0268 | Hand Painted Quail Pwt Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0411 | Hand Painted Dove Pwt Pin | 1.0 | 0.0 | 1.0 | 9.9500 | 0.00 |
| Z0412 | Hand Painted Turkey Pwt Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0414 | Bird Button | 1.0 | 0.0 | 1.0 | 9.9500 | 0.00 |

| | |
|---|---|
| Sub-Total : | 298.50 |
| Tax      : | 0.00 |
| Total    : | 298.50 |
| VISA     : | -348.30 |
| Net To Pay: | -49.80 |

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.   ALL NEW GUNS ARE CUSTOM MADE.

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.  Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.  Purchasers assume all liability contingent to the use of arms
purchased from us.

# EXHIBIT D



**Harris #301 Flying Pheasant Pin (left)        CSMC #Z0132  (right)**



**Harris #301A Walking Pheasant Pin (left)     CSMC #Z0400  (right)**
**Note:  © 2012 on back**



**Harris #301AG Gold Plated
Walking Pheasant Pin (left)**

**CSMC #Z0500 (right)
Note: © 2012 on back**



**Harris #301AP Painted Walking**
**Pheasant Pin  (left)**

**CSMC #Z0406  (right)**
**Note:  © 2012 on back**



**Harris #301P Painted Flying Pheasant Pin (left)       CSMC #Z0260  (right)**



**Harris #302 Perched Grouse Pin  (left)      CSMC #Z0117  (right)**



**Harris #304 Flying Woodcock Pin  (left)       CSMC #Z0124  (right)**



**Harris #309 Flying Grouse Pin  (left)        CSMC #Z0131  (right)**



**Harris #309P Painted Flying Grouse Pin  (left)        CSMC #Z0259  (right)**



**Harris #317 Woodduck Head Pin  (left)      CSMC #Z0134  (right)**



**Harris #320 Flying Canada Goose Pin  (left)     CSMC #Z0122  (right)**



**Harris #321 Flying Mallard Pin (left)      CSMC #Z0118 (right)**



**Harris #322 Flying Woodduck Pin  (left)        CSMC #Z0125  (right)**



**Harris #326A Strutting Turkey Pin**        CSMC #Z0123  (right)
**right facing  (on left)**



**Harris #P326 Strutting Turkey Pin  (left)        CSMC #Z0269  (right)**



**Harris #329 Bobwhite Quail Pin  (left)        CSMC #Z0121  (right)**



**Harris #329P Painted Bobwhite Quail Pin  (left)      CSMC #Z0268  (right)**



**Harris #351 Dove Pin  (left)          CSMC #Z0130  (right)**



**Harris #400 Whitetail Buck Head          CSMC #Z0139  (right)**
**Pin side view  (left)**



**Harris #405 Black Bear Pin  (left)        CSMC #Z0140  (right)**



**Harris #412 Rabbit Pin  (left)        CSMC #Z0116  (right)**



**Harris #421 Whitetail Buck Head Pin  (left)        CSMC #Z0138  (right)**



**Harris #433 Moose Head Pin  (left)        CSMC #Z0137  (right)**



**Harris #800 White Flyer Clay Pigeon Pin  (left)**          **CSMC #Z0107  (right)**



**Harris #902 Shooter Pin  (left)        CSMC #Z0108  (right)**



**Harris #450 Sitting Labrador Retriever Pin  (left)     CSMC #Z0104  (right)**



**Harris #451 German Shorthair Pointer Pin  (left)        CSMC #Z0113  (right)**



**Harris #453 Beagle Pin  (left)      CSMC #Z0111  (right)**



**Harris #453B Coon Hound Pin  (left)        CSMC #Z0110  (right)**



**Harris #454 Golden Retriever Pin  (left)        CSMC #Z0112  (right)**



**Harris #455B Springer Spaniel Pin  (left)        CSMC #Z0115  (right)**



**Harris #456 English Pointer Pin  (left)      CSMC #Z0106  (right)**



**Harris #457 English Setter Pin  (left)        CSMC #Z0103  (right)**



**Harris #457P Painted English Setter Pin  (left)        CSMC #Z0252  (right)**



**Harris #P301G Gold Plated Flying
Pheasant Pendant  (left)**

**CSMC #Z0504  (right)
Note:  © 2012 on back**



**Harris #P304G Gold Plated Flying Woodcock Pendant  (left)**

**CSMC #Z0503  (right)**
**Note:  © 2012 on back**



**Harris #P305AG Gold Plated**        **CSMC #Z0508  (right)**
**Tail Fan Pendant (left)**           **Note:  © 2012 on back**



**Harris #P308G Gold Plated Flying Turkey Pendant  (left)**

**CSMC #Z0505  (right)**
**Note:  © 2012 on back**



**Harris #P309G Gold Plated**          **CSMC #Z0509  (right)**
**Flying Grouse Pendant  (left)**      **Note:  © 2012 on back & inset**



**Harris #P321G Gold Plated Flying**
**Mallard Pendant  (left)**

**CSMC #Z0510  (right)**
**Note:  © 2012 on back & inset**



**Harris #P326G Gold Plated Strutting**          **CSMC #Z0506  (right)**
**Turkey Pendant  (left)**                      **Note:  © 2012 on back & inset**



**Harris #P468DG Gold Plated Buck Skull
with Drop Tines Pendant  (left)**

**CSMC #Z0507  (right)
Note:  © 2012 on back & inset**



**Harris #800 Gold Plated White Flyer
Clay Pigeon Pendant  (left)**          **CSMC #Z0502  (right)
Note:  © 2012 on back**



**Harris #TT309G Gold Plated Flying     CSMC #Z0300  (right)
Grouse Tie Tac  (left)**



**Harris #TT320G Gold Plated Canada      CSMC #Z0304  (right)
Goose Tie Tac  (left)**



**Harris #TT321G Gold Plated Flying     CSMC #Z0307  (right)**
**Mallard Tie Tac  (left)**



**Harris #TT329G Gold Plated Bobwhite     CSMC #Z0303  (right)
Quail Tie Tac  (left)**



**Harris #TT400G Gold Plated Buck      CSMC #Z0305  (right)
Head Tie Tac  (left)**



**Harris #TT450G Gold Plated        CSMC #Z0309  (right)**
**Labrador Retriever Tie Tac  (left)**

# EXHIBIT E

# INVOICE

Page 1 of 1

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169  FAX 732-446-5423

Invoice # :   14256
6/4/2012

**Sold To:**
CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**
CONNECTICUT SHOTGUN MFG
100 BURRITT ST
NEW BRITAIN, CT 06053

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | NEW PRODUCT SAMPL | BOB ULRICH | | 6/4/2012 | MEMO BILLING |

**ANTIQUED PEWTER PINS (BAGGED)**

| | | | Total : | 1 pcs @ | $3.25 | $3.25 |
|---|---|---|---|---|---|---|
| 1 | #301A- | PHEASANT WALKING | . . . . . . . . . . . . . . . . | | | |

**24K GOLD PLATED PEWTER PINS (BAGGED)**

| | | | Total : | 1 pcs @ | $7.50 | $7.50 |
|---|---|---|---|---|---|---|
| 1 | #301AG- | PHEASANT WALKING | . . . . . . . . . . . . . . . . | | | |

**HAND PAINTED PEWTER PINS (BAGGED)**

| | | | Total : | 1 pcs @ | $13.00 | $13.00 |
|---|---|---|---|---|---|---|
| 1 | #301AP- | PHEASANT WALKING | . . . . . . . . . . . . . . . . | | | |

**24K GOLD PLATED PENDANTS (BAGGED)**

| | | | Total : | 2 pcs @ | $7.50 | $15.00 |
|---|---|---|---|---|---|---|
| 1 | #P321G- | MALLARD, FLYING | | 1 #P468DG- | 13 PT BUCK SKULL W DROP TINE | |

**24K GOLD PLATED PENDANTS W CHAIN (BAGGED)**

| | | | Total : | 7 pcs @ | $10.00 | $70.00 |
|---|---|---|---|---|---|---|
| 1 | #PC301G- | PHEASANT FLYING | . . . . . . . . . . | 1 #PC304G- | WOODCOCK | |
| 1 | #PC305AG- | TAIL FAN | . . . . . . . . . . | 1 #PC308G- | TURKEY, FLYING | |
| 1 | #PC309G- | RUFFED GROUSE, FLYING | . . . . . . . . . . | 1 #PC326G- | TURKEY, STRUTTING LEFT | |
| 1 | #PC800G- | WHITE FLYER CLAY TARGET | | | | |

**MISCELLANEOUS (*****)**

| | | | Total : | 4 pcs | | $48.00 |
|---|---|---|---|---|---|---|
| 1 | #D30910 - | DP Grouse, flying (faces right) | | @ | $12.00 | |
| 1 | #D30920 - | DP Grouse, flying (faces left) | | @ | $12.00 | |
| 1 | #D32610 - | DP Turkey, strutting (faces right) | | @ | $12.00 | |
| 1 | #D32620 - | DP Turkey, strutting (faces left) | | @ | $12.00 | |

NEW PRODUCT SAMPLES FOR REVIEW - ANY
PIECES CAN BE KEPT AND PAID FOR OR
RETURNED.  NOTE: PENDANTS SAMPLES WERE
SENT 2 WAYS - BAGGED WITHOUT CHAIN @ $7.50
AND BAGGED AND CARDED WITH CHAIN @
$10.00.  RE: DRAWER PULLS, SEE LITERATURE
FOR OTHER STYLES.  DISCOUNT AT 50 PIECES 5%,
100 PIECES 10%. 8/21/2012  Chk# 93080 $156.75
Closed.

| | |
|---|---|
| Merchandise SubTotal: | $156.75 |
| Sub-Total with Charges: | $156.75 |
| TOTAL: | $156.75 |

THIS ORDER SENT ON "MEMO BILLING".  PLEASE PAY FOR ANY PIECES BEING KEPT AND RETURN ANY UNWANTED
PIECES FOR CREDIT.  THANK YOU!

If paid by check, please make payable to "George G. Harris" and include this invoice number.

THANK YOU FOR THIS ORDER.