# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**GEORGE G HARRIS,**

      V.      **SUMMONS IN A CIVIL CASE**

**CONNECTICUT SHOTGUN MANUFACTURING CO.,**

      CASE NUMBER: **3:16–CV–00548–SRU**

TO: **Connecticut Shotgun Manufacturing Co.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brian E. Spears**
**Spears Manning, LLC**
**2425 Post Road Suite 203**
**Southport, CT 06890**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – **J. Fazekas**
  *Signature of Clerk or Deputy Clerk*



**ISSUED ON 2016–04–08 12:46:33.0**, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Connecticut Shotgun Manufacturing Co.
was received by me on *(date)* April 8, 2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)*: On April 8, 2016, I left a true and accurate copy of the Summons, Complaint, including Exhibit A, Order on Pretrial Deadlines, Standing Protective Order, Electronic Filing Order, Notice to Counsel, Motion For Preliminary Injunction, Memorandum of Law In Support of Motion for Preliminary Injunction; Affidavit of George G. Harris, with a person who identified herself as an agent of Connecticut Shotgun Manufacturing Corp. ("CSMC") at the place of CSMC business, 100 Burritt Street, New Britain, CT 06050.

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: April 18, 2016

*Server's signature*

Daniel Markle
Indifferent person
*Printed name and title*

P.O. Box 502, No. Haven, CT. 06473
*Server's address*

Additional information regarding attempted service, etc: