UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE G. HARRIS, a/k/a, | : | |
| GEORGE G. HARRIS' WILDLIFE | : | CIVIL ACTION NO.  3:16cv00548(SRU) |
| COLLECTION | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT SHOTGUN | : | |
| MANUFACTURING COMPANY, | : | |
| | : | |
| *Defendant*. | : | APRIL 27, 2016 |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

The undersigned counsel, Brian E. Spears, hereby moves this Court, pursuant to Local District Rule 83.1(d), for an order admitting Michael A. Oropallo, *pro hac vice* to appear before this Court in the above-captioned case on behalf of the Plaintiff, George G. Harris, a/k/a, George G. Harris' Wildlife Collection.  In support of this Motion, the undersigned respectfully represents as follows:

1.  I am a member of the law firm Spears Manning LLC, located at 2425 Post Road, Southport, CT  06890, Tel: (203) 292-9766, bspears@spearsmanning.com.

2.  I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

3.  Mr. Oropallo is a member in good standing of the State Bars of New York and Pennsylvania.  Mr. Oropallo's affidavit in support of this motion is attached hereto as <u>Exhibit A</u>.

4.  Mr. Oropallo satisfies the requirements for admission *pro hac vice* in this case pursuant to District Rule 83.1(d).

1

**WHEREFORE,** the undersigned respectfully requests that the Court enter an Order admitting Michael A. Oropallo *pro hac vice* to appear before this Court in this case.

        Respectfully Requested,
        PLAINTIFF,
        GEORGE G. HARRIS, a/k/a,
        GEORGE G. HARRIS' WILDLIFE
        COLLECTION

By: */s/ Brian E. Spears*
    Brian E. Spears
    Federal Bar No. ct14240
    SPEARS MANNING, LLC
    2425 Post Road
    Southport, CT  06890
    Tel. (203) 292-9766
    Fax. (203) 292-9682
    Email: bspears@spearsmanning.com

<u>CERTIFICATION</u>

  I hereby certify that on April 27, 2016, a copy of the foregoing *Motion for Admission Pro Hac Vice* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                /s/ *Brian E. Spears*

                Brian E. Spears
                Federal Bar No. ct14240
                SPEARS MANNING LLC
                2425 Post Road
                Southport, CT  06890
                Telephone:  (203) 292-9766
                Facsimile:  (203) 292-9682
                Email: bspears@spearsmanning.com