UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE G. HARRIS, a/k/a, <br> GEORGE G. HARRIS' WILDLIFE <br> COLLECTION <br>     *Plaintiff*, <br> v. <br> CONNECTICUT SHOTGUN <br> MANUFACTURING COMPANY, <br>     *Defendant*. | CIVIL ACTION NO. 3:16cv00548(SRU) <br><br><br><br><br><br><br><br> APRIL 26, 2016 |

### EXHIBIT A: AFFIDAVIT OF MICHAEL A. OROPALLO IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

MICHAEL A. OROPALLO, being duly sworn, hereby deposes and says:

1. I am an attorney and partner at the law firm of Barclay Damon LLP.

2. I submit this affidavit in support of the Motion for Admission of Counsel *Pro Hac Vice* in the above captioned action.

3. I represent the Plaintiff, George G. Harris, a/k/a George G. Harris' Wildlife Collection.

4. My contact information is as follows:

    *Mailing Address:*    One Park Place
                                  300 South State Street
                                  Syracuse, NY 13202

    *Business Telephone Number*: 315-425-2831

    *Business Facsimile Number*: 315-703-7367

5. I am a member in good standing of the following State Bars and Federal Courts:

*State Bar Admissions*: New York (1989) and Pennsylvania (1998). My bar number in Pennsylvania is 90322 2.

*Federal Court Admissions*: United States Supreme Court, numerous Federal Courts of Appeals (including Second, Third, Fourth, and Ninth Circuits), and numerous Federal District Courts including the Northern, Southern, Eastern and Western Districts of New York. My bar roll number in the Northern District of New York is 505367.

6. I have no pending disciplinary complaints as to which a finding has been made that such a complaint should proceed to a hearing.

7. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I designate Brian E. Spears of Spears Manning, LLC as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

10. **WHEREFORE** affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

Dated: 04/26/16

By: _____
Michael A. Oropallo

SWORN TO AND SUBSCRIBED before me, under my official hand and seal of this office, this 26th day of April, 2016.

GERRI L DOWLING
Notary Public, State of New York
No. 01DO6196892
Qualified in Onondaga County
Commission Expires January 11, 2017