UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE G. HARRIS, a/k/a,
GEORGE G. HARRIS' WILDLIFE COLLECTION,

    *Plaintiff*,

   v.

CONNECTICUT SHOTGUN MANUFACTURING
COMPANY,

    *Defendant.*

Civil Case No. 3:16-cv-00548-SRU

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Plaintiff George G. Harris, a/k/a, George G. Harris' Wildlife Collection ("Harris"), through his undersigned counsel, respectfully moves for an extension of time from April 29, 2016 up to and including May 16, 2016, for Defendant Connecticut Shotgun Manufacturing Company ("CSMC") to move to dismiss, answer, or otherwise respond to the Complaint, and for CSMC to respond to Harris' Motion for a Preliminary Injunction.

In support of this motion, Harris submits:

1.    This motion is the first request for an extension of time with respect to this time limitation.

2.    Counsel for Harris has conferred with CSMC's counsel, who consents to the requested extension.

3.    Counsel for CSMC has indicated to counsel for Harris that the requested extension is necessary so that CSMC can complete the process of retaining local counsel in the District of Connecticut and file its appearance in this matter.

WHEREFORE, Harris respectfully moves for an extension of time from April 29, 2016, to and including May 16, 2016, for CSMC to answer, move, or otherwise respond to the Complaint, and for CSMC to respond to Harris' Motion for a Preliminary Injunction.

DATED: April 28, 2016

        PLAINTIFF
        GEORGE G. HARRIS,
        A/K/A, GEORGE G.
        HARRIS' WILDLIFE
        COLLECTION

        By: /s/ *Brian E. Spears*
        Brian E. Spears (ct14240)
        SPEARS MANNING LLC
        2425 Post Road
        Southport, CT  06890
        Tel. (203) 292-9766
        Fax (203) 292-9682
        Email: bspears@spearsmanning.com

        Michael A. Oropallo (phv08188)
        BARCLAY DAMON, LLP
        One Park Place
        300 South State Street
        Syracuse, New York 13202
        Tel. (315) 425-2831
        Fax (315) 703-7367
        Email: moropallo@barclaydamon.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Brian E. Spears*

Brian E. Spears