- 1 -

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

GEORGE G. HARRIS, a/k/a,
GEORGE G. HARRIS' WILDLIFE COLLECTION,

    *Plaintiff,*

    v.

CONNECTICUT SHOTGUN MANUFACTURING
COMPANY,

    *Defendant.*

**NOTICE OF APPEARANCE**

Docket No. 3:16-cv-00548-SRU

**TO THE CLERK OF THE COURT:**

    Please enter the appearance of Michael A. Oropallo, Esq., Barclay Damon, LLP, One Park Place, 300 South State Street, Syracuse, New York 13202, as counsel for plaintiff, George G. Harris, a/k/a, George G. Harris' Wildlife Collection, in the above-entitled action.

DATED: April 29, 2016

**BARCLAY DAMON, LLP**

By: /s/ *Michael A. Oropallo*
Michael A. Oropallo (phv08188)

One Park Place
300 South State Street
Syracuse, New York 13202
Tel. (315) 425-2831
Fax (315) 703-7367
Email: moropallo@barclaydamon.com

- 1 -

12014929.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Michael A. Oropallo*
Michael A. Oropallo (phv08188)
One Park Place
300 South State Street
Syracuse, New York 13202
Tel. (315) 425-2831
Fax (315) 703-7367
Email: moropallo@barclaydamon.com