UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE G. HARRIS, a/k/a,
GEORGE G. HARRIS' WILDLIFE COLLECTION,

    *Plaintiff,*

   v.

CONNECTICUT SHOTGUN MANUFACTURING
COMPANY,

    *Defendant.*

Civil Action No. 3:16-cv-00548-SRU

**MOTION ON CONSENT FOR ENTRY OF PROPOSED CONSENT INJUNCTION AND ORDER FOR PRELIMINARY INJUNCTION**

    The plaintiff, George G. Harris, a/k/a George G. Harris Wildlife Collection, ("Harris) with the consent of the Defendant, Connecticut Shotgun Manufacturing Company, ("CSMC") hereby respectfully requests that the Court enter the Consent Injunction and Order for Preliminary Injunction, attached hereto as Exhibit A.  In support of this motion, the plaintiff represents as follows:

    1.    On April 7, 2016, Harris filed a complaint in the above captioned matter alleging, *inter alia*, willful and non-willful copyright infringement, unfair competition, fraud/misrepresentation, direct copy of molds and casts, and for violations of the Digital Millennium Copyright Act ("DMCA") and the Lanham Trademark Act, pursuant to Federal Statutes, namely the Copyright Act of 1976, 17 U.S.C. § 2101 et seq. and § 43(a) of the Lanham Trademark Act, 15 U.S.C. § 1125(a), the Digital Millennium Copyright Act, 17 U.S.C. § 1202, and under several state statutes and the common law.  (Dkt. No. 1)

    2.    On April 8, 2016, Harris filed a Motion for Preliminary Injunction (Dkt. No. 9) in this action pursuant to Fed. R. Civ. P. 65, seeking to enjoin CSMC and its agents, servants,

employees, and those acting in concert with it, from infringing Plaintiff's rights in and to his copyrighted works, including the at least thirty-four designs used by CSMC to make at least sixty different pins, pendants, and tie tacks in various materials, referred to in the Complaint and Memorandum of Law in Support of Plaintiff's Motion as the "CSMC Infringing Products."

3. In lieu of responding to Harris's motion, CSMC has consented to the entry of the attached Consent Injunction and Order for Preliminary Injunction.

WHEREFORE, the Plaintiff, Harris, with the consent of the Defendant, CSMC, respectfully requests that the Court enter the attached Consent Injunction and Order for Preliminary Injunction.

PLAINTIFF
GEORGE G. HARRIS,
A/K/A, GEORGE G.
HARRIS' WILDLIFE
COLLECTION

By: /s/ *Brian E. Spears*
Brian E. Spears (ct14240)
SPEARS MANNING LLC
2425 Post Road
Southport, CT  06890
Tel. (203) 292-9766
Fax (203) 292-9682
Email: bspears@spearsmanning.com

Michael A. Oropallo (phv08188)
BARCLAY DAMON, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
Tel. (315) 425-2831
Fax (315) 703-7367
Email: moropallo@barclaydamon.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Brian E. Spears*

Brian E. Spears