UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE G. HARRIS, a/k/a,
GEORGE G. HARRIS' WILDLIFE COLLECTION,

    *Plaintiff,*

    v.

CONNECTICUT SHOTGUN MANUFACTURING
COMPANY,

    *Defendant.*

Civil Case No. 3:16-cv-00548-SRU

### SECOND MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Plaintiff George G. Harris, a/k/a, George G. Harris' Wildlife Collection ("Harris"), through his undersigned counsel, respectfully moves for an extension of time from May 16, 2016 up to and including May 31, 2016, for Defendant Connecticut Shotgun Manufacturing Company ("CSMC") to move to dismiss, answer, or otherwise respond to the Complaint.

In support of this motion, Harris submits:

1. Harris commenced this action by filing the Complaint in this matter on April 7, 2016.

2. On April 28, 2016, Harris filed a consent motion seeking to extend the deadline for CSMC to move to dismiss, answer, or otherwise respond to the Complaint and for CSMC to respond to Harris's Motion for a Preliminary Injunction until May 16, 2016. (Dkt. No. 16). The Court granted this request on May 4, 2016 (Dkt. No. 18).

3. Counsel for Harris has conferred with CSMC's counsel, who consents to the requested extension.

4.	Counsel for CSMC has indicated to counsel for Harris that the requested extension is necessary so that CSMC can focus on getting the materials, names, and address of relevant third-parties quickly as per the terms of the consent injunction and order being filed today.

5.	This motion is the second request for an extension of time with respect to this time limitation.

WHEREFORE, Harris respectfully moves for an extension of time from May 16, 2016, to and including May 31, 2016, for CSMC to answer, move to dismiss, or otherwise respond to the Complaint.

DATED: May 12, 2016

         PLAINTIFF
         GEORGE G. HARRIS,
         A/K/A, GEORGE G.
         HARRIS' WILDLIFE
         COLLECTION

         By: /s/ *Brian E. Spears*
         Brian E. Spears (ct14240)
         SPEARS MANNING LLC
         2425 Post Road
         Southport, CT  06890
         Tel. (203) 292-9766
         Fax (203) 292-9682
         Email: bspears@spearsmanning.com

         Michael A. Oropallo (phv08188)
         BARCLAY DAMON, LLP
         One Park Place
         300 South State Street
         Syracuse, New York 13202
         Tel. (315) 425-2831
         Fax (315) 703-7367
         Email: moropallo@barclaydamon.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Brian E. Spears*
Brian E. Spears (ct14240)
SPEARS MANNING LLC
2425 Post Road
Southport, CT  06890
Tel. (203) 292-9766
Fax (203) 292-9682
Email: bspears@spearsmanning.com