UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

GEORGE G. HARRIS, a/k/a,
GEORGE G. HARRIS' WILDLIFE COLLECTION,

*Plaintiff*,

v.

CONNECTICUT SHOTGUN MANUFACTURING COMPANY,

*Defendant*.

**CONSENT INJUNCTION AND ORDER**

Civil Action No. 3:16-cv-00548-SRU

---

**CONSENT INJUNCTION AND ORDER FOR PRELIMINARY INJUNCTION**

**WHEREAS**, Plaintiff George G. Harris, a/k/a, George G. Harris' Wildlife Collection ("Harris"), by and through his attorneys, Barclay Damon LLP and Spears Manning LLC, has brought this action against Defendant Connecticut Shotgun Manufacturing Company ("CSMC") alleging, *inter alia*, willful and non-willful copyright infringement, unfair competition, fraud/misrepresentation, direct copying of molds and casts, and for violations of the Digital Millennium Copyright Act ("DMCA") and the Lanham Trademark Act, pursuant to Federal statutes, namely the Copyright Act of 1976, 17 U.S.C. § 2101 *et seq.* and § 43(a) of the Lanham Trademark Act, 15 U.S.C. § 1125(a), the Digital Millennium Copyright Act, 17 U.S.C. § 1202, and under several state statutes and the common law; and

**WHEREAS**, Harris filed a motion for a preliminary injunction in this action pursuant to Fed. R. Civ. P. 65, seeking to enjoin CSMC and its agents, servants, employees, and those acting in concert with it, from infringing Plaintiff's rights in and to his copyrighted works, including the

at least thirty-four designs used by CSMC to make at least sixty different pins, pendants, and tie tacks in various materials, referred to in the Complaint and Memorandum of Law in Support of Plaintiff's Motion as the "CSMC Infringing Products" (a list of Plaintiff's Copyrighted Works by description and registration number, and the CSMC Infringing Products, is attached hereto as Exhibit 1); and

**WHEREAS,** CSMC has agreed to consent to the relief sought in Plaintiff's motion for a preliminary injunction in lieu of responding to Plaintiff's motion; and

**THEREFORE,** upon consent of CSMC, and good cause having been shown, it is hereby:

### ORDERED, ADJUDGED AND DECREED:

1. That during the pendency of this action or until such further order of this Court, CSMC shall be and are hereby preliminarily enjoined and restrained from:

    (a) infringing upon any rights in the Works covered by Section 106 of the Copyright Act, including from manufacturing, causing to be manufactured, reproducing, selling, offering for sale, using, displaying, advertising, purchasing and/or distributing in any manner the CSMC Infringing Products, as that term is defined in the Complaint, or any such similar infringing products or products that infringe any of Plaintiff's other Works as that term is defined in the Complaint;

    (b) infringing Harris's other intellectual property rights associated with Harris's Works;

    (c) engaging in acts of state or common law unfair competition and misappropriation of any other intellectual property and/or proprietary right of Harris related to the Works as that term is defined in the Complaint;

(d) inducing, encouraging, instigating, abiding, abetting or contributing to any of the aforesaid acts by any other person; and

(e) otherwise engaging in any other acts or conduct that would cause consumer confusion with Plaintiff's Works.

2. That during the pendency of this action or until such further order of this Court, CSMC will remove from its retail stores and website(s), and any website(s) or retail stores owned or controlled by it or any of its agents, servants, employees, and those acting in concert with it, any references to the CSMC Infringing Products, including any photographs of such works, advertisements showing or referring to them, and will not otherwise make such works available for sale throughout the duration of the above-dispute.

3. That up until now, during the pendency of this action, or until such further order of this Court, CSMC has not and will not damage or destroy, or cause to be destroyed, any evidence or documentation related to the manufacture, purchase or sale of the CSMC Infringing Products, including the products themselves, or inventory, casts or molds thereof.

4. That during the pendency of this action or until such further order of this Court, all CSMC Infringing Products that are in the possession, custody or control of CSMC shall be maintained by CSMC's counsel at the address set forth below and will be transferred to that location within ten (10) days of the date of this Order.

5. That CSMC will deliver to Plaintiff's counsel within five (5) days of the date of this Order a list of names and addresses of all third-party entities and individuals that were involved in any material way with the purchase, design, manufacture, and/or creation of the CSMC Infringing Products, or in any way arranging and/or assisting CSMC in obtaining the CSMC Infringing Products.

6.  That CSMC will pay all attorneys' fees incurred by Plaintiff as a result of any future violation of this Order.

7.  That the Parties each hereby consent to the personal jurisdiction of this Court for the purposes of this action, and this Court shall retain exclusive jurisdiction over the Parties for the purposes of the above-dispute, including enforcement and modification of this Order of Preliminary Injunction.

DATED: May 13, 2016

SO ORDERED,

/s/ Stefan R. Underhill, USDJ
_____
Honorable Stefan R Underhill
United States District Court Judge

The Undersigned Hereby Consent to the Form and Entry of the Foregoing Order:

**BARCLAY DAMON LLP**

By: _____
Michael A. Oropallo, Esq.
(admitted *pro hac vice*)
*Attorneys for George G. Harris, a/k/a, George G. Harris' Wildlife Collection*
One Park Place
300 South State Street
Syracuse, New York 13202
E-mail: moropallo@barclaydamon.com
Telephone: (315) 425-2831

Dated: May 12, 2016

**KLEMCHUK LLP**

By: _____
Gary Sorden, Esq.
*Attorneys for Connecticut Shotgun Manufacturing Company*
Campbell Centre II
8150 North Central Expressway, 10th Floor
Dallas, TX 75206
E-mail: gary.sorden@klemchuk.com
Telephone: (214) 367-6000

Dated: May 12, 2016