## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GEORGE G. HARRIS, a/k/a,
GEORGE G. HARRIS' WILDLIFE COLLECTION,

   *Plaintiff,*

 v.
            Civil Case No. 3:16-cv-00548-SRU

CONNECTICUT SHOTGUN MANUFACTURING
COMPANY,
             May 31, 2016

   *Defendant.*

---

## THIRD MOTION ON CONSENT FOR EXTENSION OF TIME

   Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Plaintiff George G. Harris, a/k/a, George G. Harris' Wildlife Collection ("Harris"), through his undersigned counsel, respectfully moves for an extension of time from May 31, 2016 up to and including June 14, 2016, for Defendant Connecticut Shotgun Manufacturing Company ("CSMC") to move to dismiss, answer, or otherwise respond to the Complaint.

   In support of this motion, Harris submits:

   1.  Harris commenced this action by filing the Complaint in this matter on April 7, 2016.

   2.  On April 28, 2016, Harris filed a consent motion seeking to extend the deadline for CSMC to move to dismiss, answer, or otherwise respond to the Complaint and for CSMC to respond to Harris's Motion for a Preliminary Injunction until May 16, 2016.  (Dkt. No. 16).  The Court granted this request on May 4, 2016 (Dkt. No. 18).

- 1 -

3.      On May 12, 2016, Harris filed a second consent motion seeking to extend the deadline for CSMC to respond to the Complaint until May 31, 2016.  (Dkt. No. 21).  The Court granted this request on May 13, 2016. (Dkt. No. 22).

4.      Counsel for Harris has conferred with CSMC's counsel, who consents to this requested extension.

5.      This motion is the third request for an extension of time with respect to this time limitation.

6.       Counsel for CSMC has indicated to counsel for Harris that the requested extension is necessary so that CSMC can continue to focus on getting the materials, names, and addresses of relevant third-parties quickly as per the terms of the Preliminary Injunction entered by the Court on May 16, 2016. (Dkt. No. 23).

WHEREFORE, Harris respectfully moves for an extension of time from May 31, 2016, to and including June 14, 2016, for CSMC to answer, move to dismiss, or otherwise respond to the Complaint.


DATED: May 31, 2016

PLAINTIFF
GEORGE G. HARRIS,
A/K/A, GEORGE G.
HARRIS' WILDLIFE
COLLECTION

By: /s/ Brian E. Spears
Brian E. Spears (ct14240)
SPEARS MANNING LLC
2425 Post Road
Southport, CT  06890
Tel. (203) 292-9766
Fax (203) 292-9682
Email: bspears@spearsmanning.com

Michael A. Oropallo (phv08188)
BARCLAY DAMON, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
Tel. (315) 425-2831
Fax (315) 703-7367
Email: moropallo@barclaydamon.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 31, 2016, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_/s/ Brian E. Spears_ 
Brian E. Spears (ct14240)
SPEARS MANNING LLC
2425 Post Road
Southport, CT  06890
Tel. (203) 292-9766
Fax (203) 292-9682
Email: bspears@spearsmanning.com

- 4 -