# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 20, 2016

Re:  Gary Ray Sorden, State Bar Number 24066124

To Whom It May Concern:

This is to certify that Mr. Gary Ray Sorden was licensed to practice law in Texas on November 07, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*Linda A. Acevedo*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/dh

