UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE G. HARRIS,<br>      Plaintiff,<br><br>      v.<br><br>CONNECTICUT SHOTGUN<br>MANUFACTURING CO.,<br>      Defendant. | No. 3:16-cv-548 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On August 9, 2016, I held a Rule 16 pretrial conference off the record with Brian Spears and Michael Oropallo, attorneys for the plaintiff, George G. Harris; and Gary Sorden and Jay Wolman, attorneys for the defendant, Connecticut Shotgun Manufacturing Co.

After a discussion with the parties, I ordered the defendant to produce information (bills of lading, payment information, etc.) that will help plaintiff determine the manner in which (and extent to which) his products were allegedly infringed.  The defendant shall produce information regarding how the allegedly infringing products were produced, paid for, and shipped to the defendants.  As a general matter, I instructed the parties to produce documents that would assist in an early resolution of this case.  I also referred the case to Magistrate Judge Garfinkel for settlement.

I set March 31, 2017, as the discovery deadline and April 30, 2017, as the deadline for dispositive motions.  Plaintiff's expert(s) shall be disclosed by December 31, 2016, and expert depositions shall be conducted by January 31, 2017.  Defendant's expert(s) shall be disclosed by February 28, 2017, and expert depositions shall be conducted by March 31, 2017.  The parties shall accompany their expert disclosures with a list of available dates for depositions.

Finally, plaintiff withdrew without prejudice his fraud/misrepresentation claim (Count IV), his claim based on a violation of state direct molding statutes (Count V), and his claim for accounting (Count VI). Defendant also stated that he would review his answer and remove affirmative defenses that are either unnecessary or cannot be adequately pleaded with facts, potentially including the assertions of fair use, de minimis infringement, innocent infringement, and failure to mitigate. Parties may withdraw claims and/or affirmative defenses by simply filing a notice to that effect.

The Rule 26(f) Report is approved to the extent it is not inconsistent with the terms of this order.

So ordered.

Dated at Bridgeport, Connecticut, this 10th day of August 2016.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge