UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE G. HARRIS, a/k/a GEORGE G. HARRIS' WILDLIFE COLLECTION, | : : : | |
| | : | Case No. 3:16-cv-00548-SRU |
| Plaintiff, | : : | |
| v. | : : | |
| CONNECTICUT SHOTGUN MANUFACTURING COMPANY, | : : : | September 7, 2017 |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF DEADLINES AND WITHDRAWAL OF COUNSEL**

Defendant Connecticut Shotgun Manufacturing Company ("Connecticut Shotgun") hereby moves for (1) an extension of all deadlines by 90 days and (2) the withdrawal of appearances of attorneys Gary R. Sorden and Mark D. Perantie of the firm Klemchuk LLP, Jay Wolman of the firm Randazza Legal Group, PLLC, and Peter G. Perakos II of the firm of Perakos-Zitser P.C.  As a professional courtesy Plaintiff does not oppose the withdrawal, but given the pending motion deadline, Plaintiff requests a short teleconference with the Court to discuss shcduling and consideration of the attached Declaration.

**I. EXTENSION OF ALL DEADLINES**

Connecticut Shotgun seeks a 90-day extension of all deadlines in this case set by Docket Entry 70.  If granted, the proposed new deadlines would be the following:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Non-Dispositive Motions Deadline | September 8, 2017 | December 7, 2017 |
| Response to Non-Dispositive Motions Due | September 29, 2017 | December 28, 2017 |
| Dispositive Motion Deadline | October 3, 2017 | January 2, 2018 |
| Response to Dispositive Motions Due | October 24, 2017 | January 22, 2018 |
| Replies re Dispositive Motions Due | November 7, 2017 | February 5, 2018 |

Good cause exists for the extension. No trial is set yet in this case, so the requested extension will not affect the Court's or the parties' schedule. The requested 90-day extension will provide the parties additional time to complete the remaining deadlines and prepare for trial. Such extension would specifically provide Connecticut Shotgun adequate time to seek new trial counsel and prepare all necessary pleadings.

## II. WITHDRAWAL OF COUNSEL

In addition to the extension, Connecticut Shotgun and its counsel have reached a point where they jointly have agreed it would be best for Connecticut Shotgun to retain new counsel to handle the remainder of this case. At this time, Connecticut Shotgun has not formally retained new trial counsel and needs additional time to do so. Accordingly, in accordance with Rule 7(e) of the Local Rules of Civil Practice, Connecticut Shotgun and its counsel request the Court to allow Gary R. Sorden and Mark D. Perantie of the firm Klemchuk LLP, Jay Wolman of the firm Randazza Legal Group, PLLC, and Peter G. Perakos II of the firm of Perakos-Zitser P.C. to withdraw from further representation effective immediately and that Connecticut Shotgun be granted 30 days to retain new counsel.

Undersigned counsel has provided notice to Connecticut Shotgun that it cannot represent itself and that failure to engage successor counsel could result in a default judgment being entered against Connecticut Shotgun or other adverse consequences. See Exhibit A, Notice to Client. Connecticut Shotgun has consented to the withdrawal.

### III. CONCLUSION

For the foregoing reasons, Connecticut Shotgun respectfully requests the Court to extend the scheduling deadlines by 90 days, grant the withdrawal of its current counsel, and further grant it 30 days to retain new counsel.

Dated: September 7, 2017                                Respectfully submitted,

*/s/ Gary R. Sorden*
Jay M. Wolman, ct29129
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel:    (702) 420-2001
Fax:    (305) 437-7662
jmw@randazza.com

Peter G. Perakos , II
PERAKOS & ZITSER PC
44 Capitol Avenue, # 302
Hartford, CT 06050
Tel: (860) 560-0550
Fax: (860) 229-0785
Email: pperakos@perakos-zitserpc.com

> Gary R. Sorden (*phv 08355*)
> Mark D. Perantie (*phv 09062*)
> KLEMCHUK LLP
> 8150 N. Central Expressway, 10th Floor
> Dallas, TX  75206
> Tel:  (214) 367-6000
> Fax:  (214) 367-6001
> gary.sorden@klemchuk.com
> mark.perantie@klemchuk.com
>
> *Attorney for Defendant*
> *Connecticut Shotgun Manufacturing Company*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Defendant conferred with counsel for Plaintiff and that Plaintiff's counsel does not oppose the relief sought in this motion.

> */s/ Gary R. Sorden*
> Gary R. Sorden

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 7, 2017.

The undersigned counsel further certifies that a copy of this motion including the Exhibit A, Client Notice, has been served Connecticut Shotgun, through its representatives, in the following manner: Antony Galazan and Katie Estey of Connecticut Shotgun and Peter Perakos, counsel, via email and Federal Express to the following address: 100 Burritt Street, New Britain, CT  06053.

> /s/ Gary R. Sorden
> Gary R. Sorden