UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE G. HARRIS, a/k/a,
GEORGE G. HARRIS' WILDLIFE COLLECTION,

    *Plaintiff,*

  v.

CONNECTICUT SHOTGUN MANUFACTURING
COMPANY,

    *Defendant.*

Civil Action No.
3:16-cv-00548-SRU

### DECLARATION IN RESPONSE TO DEFENDANT'S MOTION FOR AN EXTENSION OF DEADLINES

**MICHAEL A. OROPALLO** declares the following under penalty of perjury:

1.    I am an attorney duly licensed to practice before the Courts of the State of New York and admitted *pro hac vice* before this Court. I am a Partner of Barclay Damon LLP, and lead counsel for the plaintiff George G. Harris, a/k/a George G. Harris' Wildlife Collection ("Plaintiff" or "Harris"). As such, I am fully familiar with the facts and circumstances set forth in this Declaration.

2.    This declaration is respectfully submitted in response to the motion to withdraw and for an extension of deadlines filed by counsel for the defendant Connecticut Shotgun Manufacturing Company ("Defendant" or "CSMC").

3.    On or about 4:30 p.m. EDT on September 6, 2017, I received an email from counsel for Defendant regarding his proposed motion to withdraw as counsel in this matter and for a 90-day extension of all deadlines, which counsel asked me to confirm I did not oppose.

4.    As a professional courtesy, Plaintiff will not oppose that motion, but I must state that Plaintiff is prepared to file several motions on issues that were the subject of a meet and

confer several weeks ago by the September 8, 2017 deadline.

5. Provided the Court is amenable, we will not file those motions until directed by the Court to do so, but respectfully request a short teleconference with the Court to discuss the length of any delays or extensions caused by Defendant's request.

6. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**DATED:**    September 6, 2017                  /s/ *Michael A. Oropallo*
                                                                     MICHAEL A. OROPALLO