# EXHIBIT A



Gary Sorden
214.367.6000 tel
214.367.6001 fax
gary.sorden@klemchuk.com

September 6, 2017

**VIA EMAIL AND FEDERAL EXPRESS** – Galazan@msn.com
**TRACKING NO.:** 7701 9212 9744

Antony Galazan
Katie Estey
Peter Perakos
Connecticut Shotgun Manufacturing Company
100 Burritt Street
New Britain, CT 06053

> **Re:** *Withdrawal of Counsel in George G. Harris, a/k/a George G. Harris' Wildlife Collection v. Connecticut Shotgun Manufacturing Company*

Dear Antony, Katie, and Peter:

    As we discussed, in accordance with Local Rule 7(e), we are giving notice to Connecticut Shotgun Manufacturing Company that we have filed the attached Unopposed Motion for Extension of Deadlines and Withdrawal of Counsel. Please take notice that a company cannot represent itself in a lawsuit, and you need to retain successor counsel as soon as possible. In the motion, we requested a 90-day extension of all deadlines and 30 days for the company to retain new counsel. Failure to retain new counsel could result in a default judgment or other adverse consequences.

Sincerely,

*Gary R. Sorden* (signature)

Gary R. Sorden

Enclosure

KLEMCHUK LLP

P 214-367-6000   E info@klemchuk.com   8150 N Central Expressway | 10th Floor
F 214-367-6001   W klemchuk.com        Dallas, Texas 75206