UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE HARRIS,<br>    Plaintiff,<br><br>    v.<br><br>CONNECTICUT SHOTGUN<br>MANUFACTURING CO.,<br>    Defendant. | No. 3:16-cv-548 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On September 20, 2017, I held a telephone conference on the record with Michael Oropallo and Jason Halpin, attorneys for the plaintiff, George Harris; and Gary Sorden, Jay Wolman, and Darin Klemchuk, attorneys for the defendant, Connecticut Shotgun Manufacturing Co. ("CSMC"). The purpose of the call was to discuss CSMC's two outstanding motions: (1) for withdrawal of counsel; and (2) for a 90-day extension of all deadlines.

In addition to CSMC's motions, we discussed Harris' request for in camera review of discovery motions he intends to file, so the court can familiarize itself before new counsel appears for CSMC. I indicated that it was unnecessary for Harris to file the motions in camera, and he should file them following the normal procedure, and new counsel for CSMC would have sufficient time to review and respond.

Harris further requested the return of the allegedly infringing pins, which were the subject of a consent preliminary injunction in May of this year. *See* Doc. # 23. CSMC indicated that it thought it would be better for new counsel to handle the return of the pins. I ordered that CSMC produce a set of exemplars, one of each kind of pin, to Harris. Harris must keep the exemplars separate from his inventory of pins, once he receives them. Harris must notify the court when he receives the exemplars, and I will then grant CSMC's motion for withdrawal of counsel. Once

new counsel for CSMC is in place, they can coordinate with Harris the return of all of the pins. Accordingly, I reserved ruling on CSMC's motion for withdrawal of counsel, but ordered that CSMC must retain new counsel within 30 days of the granting of the motion.

Additionally, I **granted** CSMC's motion for a 90-day extension of all deadlines. The new deadlines are as follows:

- Non-Dispositive Motions: 12/7/17
- Response to Non-Dispositive Motions: 12/28/17
- Dispositive Motions: 1/2/18
- Response to Dispositive Motions: 1/22/18
- Reply to Response to Dispositive Motions: 2/5/18

So ordered.

Dated at Bridgeport, Connecticut, this 12th day of October 2017.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge