# EXHIBIT C

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ  07726**

**www.ggharris.com**
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**          885

1/4/2000

**Sold To:**

CONNECTICUT SHOTGUN MFG

PO BOX 1692

NEW BRITAIN, CT 06051

**Ship To (if different):**

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | FAX 01-04-00 | CAROL TORNEO | | 1/4/2000 | 5% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 198 pcs @ | $2.65 | $524.70 |
|---|---|---|---|---|---|

| 9 | #302- | RUFFED GROUSE | . . . . . . . . . . . . . . . | 18 | #304- | WOODCOCK |
|---|---|---|---|---|---|---|
| 18 | #308- | TURKEY, FLYING | . . . . . . . . . . . . . . . | 9 | #309- | RUFFED GROUSE, FLYING |
| 18 | #320- | CANADA GOOSE, FLYING | . . . . . . . . . . . . . . . | 18 | #322- | WOODDUCK, FLYING |
| 18 | #351- | DOVE | . . . . . . . . . . . . . . . | 18 | #800- | WHITE FLYER CLAY TARGET |
| 18 | #902- | SHOOTER | . . . . . . . . . . . . . . . | 18 | #455- | BRITTANY |
| 18 | #457- | ENGLISH SETTER, TAIL BACK | . . . . . . . . . . . . . . . | 18 | #450- | LABRADOR, SITTING |

| 24K GOLD PLATED TIE TACS (CARDED) | | Total : | 16 pcs @ | $5.00 | $80.00 |
|---|---|---|---|---|---|

| 8 | #TT309G- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . . | 8 | #TT329G- | BOBWHITE, OPEN WING |
|---|---|---|---|---|---|---|

10  QUAIL TIE TACS AND 10 RUFFED GROUSE TIE
TACS BACKORDERED.  WILL SHIP 1 - 2 WEEKS.
2/25/2000  Chk# 31238  $612.70  CLOSED.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$604.70** |
| SHIPPING & HANDLING | $8.00 |
| **Sub-Total with Charges:** | **$612.70** |
| **TOTAL:** | **$612.70** |

TAKE 5% MERCHANDISE DISCOUNT ($582.47) IF PAID BY 1/11/2000, OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00018

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ 07726**

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**     899

1/10/2000

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | 01/04/00 BACKORDER | CAROL TORNEO | | 1/10/2000 | 5% 7 DAYS, NET 30 |

| 24K GOLD PLATED TIE TACS (BULK) | Total : | 20 pcs @ | $5.00 | $100.00 |
|---|---|---|---|---|

10 #TT309G-     RUFFED GROUSE, FLYING      . . . . . . . . . . . . . .     10 #TT329G-     BOBWHITE, OPEN WING

BALANCE OF INVOICE #885 2/25/2000 Chk# 31238
$105.00  CLOSED.

| | |
|---|---|
| **Merchandise SubTotal:** | **$100.00** |
| | |
| SHIPPING & HANDLING | $5.00 |
| **Sub-Total with Charges:** | **$105.00** |
| **TOTAL:** | **$105.00** |

TAKE 5% MERCHANDISE DISCOUNT ($100.00) IF PAID BY 1/17/2000, OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00019

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**    2125

11/3/2000

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 |  | CAROL TORNEO |  | 11/3/2000 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | | Total : | 72 pcs @ | $2.85 | $205.20 |
|---|---|---|---|---|---|---|

| 12 #301- | PHEASANT FLYING | . . . . . . . . . . . . . . | 12 #309- | RUFFED GROUSE, FLYING |
|---|---|---|---|---|
| 6 #317- | WOODDUCK, HEAD | . . . . . . . . . . . . . . | 12 #321- | MALLARD, FLYING |
| 12 #329- | BOBWHITE, OPEN WING | . . . . . . . . . . . . . . | 6 #468- | 10 PT BUCK |
| 12 #451- | GERMAN SHORTHAIR | . . . . . . . . . . . . . . | | |

| 24K GOLD PLATED TIE TACS (CARDED) | | | Total : | 6 pcs @ | $5.00 | $30.00 |
|---|---|---|---|---|---|---|

| 6 #TT304G- | WOODCOCK | . . . . . . . . . . . . . . |
|---|---|---|

1/18/2001  Chk# 033878  $241.20  CLOSED.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$235.20** |
| SHIPPING & HANDLING | $6.00 |
| **Sub-Total with Charges:** | **$241.20** |
| **TOTAL:** | **$241.20** |

TAKE 3% MERCHANDISE DISCOUNT ($234.14) IF PAID BY 11/10/2000, OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS
!

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ 07726**

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**   3605

11/16/2001

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | 11152001 | CAROL TORNEO | | 11/16/2001 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 24 pcs @ | $2.85 | $68.40 |
|---|---|---|---|---|---|
| 12 #302- | RUFFED GROUSE | . . . . . . . . . . . . . . | 12 #800- | WHITE FLYER CLAY TARGET | |

1/17/2002  Chk# 041091  $73.90  Closed.

| | |
|---|---|
| Merchandise SubTotal: | $68.40 |
| | |
| SHIPPING & HANDLING      $5.50 | |
| Sub-Total with Charges: | $73.90 |
| **TOTAL:** | $73.90 |

TAKE 3% MERCHANDISE DISCOUNT ($71.85) IF PAID BY 11/23/2001, OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169  FAX 732-446-5423

**Invoice # :**    3808

1/15/2002

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | 1152002 | CAROL TORNEO | | 1/15/2002 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 24 pcs @ | $2.85 | $68.40 |
|---|---|---|---|---|---|
| 12 #433- | MOOSE HEAD | . . . . . . . . . . . . . . . | 12 #450- | LABRADOR, SITTING | |

3/4/2002 Chk# 041523 $74.90 Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$68.40** |
| SHIPPING & HANDLING | $6.50 |
| **Sub-Total with Charges:** | **$74.90** |
| **TOTAL:** | **$74.90** |

TAKE 3% MERCHANDISE DISCOUNT ($72.85) IF PAID BY 1/22/2002, OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00022

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**      4440

7/25/2002

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | | CAROL TORNEO | | 7/25/2002 | MEMO BILLING |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 8 pcs @ | $12.35 | $98.80 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 #301P- | PHEASANT FLYING | . . . . . . . . . . . . . . | 1 #309P- | RUFFED GROUSE, FLYING |
| 1 #326P- | TURKEY, STRUTTING LEFT | . . . . . . . . . . . . . . | 1 #329P- | BOBWHITE, OPEN WING |
| 1 #351P- | DOVE | . . . . . . . . . . . . . . | 1 #455P- | BRITTANY |
| 1 #457P- | ENGLISH SETTER, TAIL BACK | . . . . . . . . . . . . . . | 1 #451P- | GERMAN SHORTHAIR |

HERE'S A FULL RANGE OF SAMPLES AS
DISCUSSED. THEY MAY BE KEPT AND PAID FOR
OR RETURNED IF NOT NEEDED. 9/23/02  Chk#
43332  $106.30  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$98.80** |
| SHIPPING $7.50 | |
| **Sub-Total with Charges:** | **$106.30** |
| **TOTAL:** | **$106.30** |

THIS ORDER SENT ON "MEMO BILLING". PLEASE PAY FOR ALL PIECES KEPT BY 8/24/02, AND RETURN THE BALANCE
FOR CREDIT TOWARD THIS INVOICE.

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**     6046

10/6/2003

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 35 WOODLAND ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06051 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | 1032003 | CAROL TORNEO | | 10/6/2003 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 60 pcs @ | $2.85 | $171.00 |
|---|---|---|---|---|---|
| 12 #304- | WOODCOCK | . . . . . . . . . . . . . . | 12 #400- | BUCK HEAD | |
| 12 #421- | 8 PT BUCK | . . . . . . . . . . . . . . | 12 #800- | WHITE FLYER CLAY TARGET | |
| 12 #902- | SHOOTER | . . . . . . . . . . . . . . | | | |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 29 pcs @ | $12.35 | $358.15 |
|---|---|---|---|---|---|
| 6 #301P- | PHEASANT FLYING | . . . . . . . . . . . . . . | 2 #309P- | RUFFED GROUSE, FLYING | |
| 6 #326P- | TURKEY, STRUTTING LEFT | . . . . . . . . . . . . . . | 6 #329P- | BOBWHITE, OPEN WING | |
| 4 #351P- | DOVE | . . . . . . . . . . . . . . | 2 #455P- | BRITTANY | |
| 2 #457P- | ENGLISH SETTER, TAIL BACK | . . . . . . . . . . . . . . | 1 #451P- | GERMAN SHORTHAIR | |

PAINTED BACKORDERED FOR ABOUT 2 WEEKS: 2
#351P, 4 #457P, 4 #309P, 4 #455P & 5 #451P
12/18/2003  Chk# 6046  $539.15  Closed.

| | | |
|---|---|---|
| **Merchandise  SubTotal:** | | $529.15 |
| | | |
| SHIPPING & HANDLING | $10.00 | |
| **Sub-Total with Charges:** | | $539.15 |
| **TOTAL:** | | $539.15 |

TAKE 3% MERCHANDISE DISCOUNT ($523.28) IF PAID BY 10/13/2003.  OTHERWISE DUE IN FULL, NET 30 DAYS,
THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
**Englishtown, NJ 07726**

www.ggharris.com
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**      6124

10/29/2003

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

CONNECTICUT SHOTGUN MFG
35 WOODLAND ST
NEW BRITAIN, CT 06051

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | BACKORDER 1032003 | CAROL TORNEO | | 10/29/2003 | 3% 7 DAYS, NET 30 |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 19 pcs @ | $12.35 | $234.65 |
|---|---|---|---|---|---|

| 4 | #309P- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . | 2 | #351P- | DOVE |
| 4 | #455P- | BRITTANY | . . . . . . . . . . . . . . | 4 | #457P- | ENGLISH SETTER, TAIL BACK |
| 5 | #451P- | GERMAN SHORTHAIR | . . . . . . . . . . . . . . | | | |

1/28/2004  Chk# 048420  $242.65  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$234.65** |
| SHIPPING & HANDLING | $8.00 |
| **Sub-Total with Charges:** | **$242.65** |
| **TOTAL:** | **$242.65** |

TAKE 3% MERCHANDISE DISCOUNT ($235.61) IF PAID BY 11/5/2003.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**    6379

1/8/2004

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 35 WOODLAND ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06051 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | KATIE | | 1/8/2004 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 42 pcs @ | $2.95 | $123.90 |
|---|---|---|---|---|---|

| 12 #301- | PHEASANT FLYING | . . . . . . . . . . . . . . | 6 #304- | WOODCOCK |
|---|---|---|---|---|
| 12 #329- | BOBWHITE, OPEN WING | . . . . . . . . . . . . . . | 12 #457- | ENGLISH SETTER, TAIL BACK |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 10 pcs @ | $12.35 | $123.50 |
|---|---|---|---|---|---|

| 3 #455P- | BRITTANY | . . . . . . . . . . . . . . | 4 #457P- | ENGLISH SETTER, TAIL BACK |
|---|---|---|---|---|
| 3 #451P- | GERMAN SHORTHAIR | . . . . . . . . . . . . . . | | |

THE FOLLOWING PAINTED PINS ARE
BACKORDERED FOR ABOUT 2 WEEKS: 3 #451P, 3
#455P & 2 #457P, THANKS! 2/13/2004  Chk# 048552
$255.40  Closed.

| | | |
|---|---|---|
| **Merchandise  SubTotal:** | | **$247.40** |
| | | |
| SHIPPING & HANDLING | $8.00 | |
| **Sub-Total with Charges:** | | **$255.40** |
| **TOTAL:** | | **$255.40** |

TAKE 3% MERCHANDISE DISCOUNT ($247.98) IF PAID BY 1/15/2004.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00026

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**   6385

1/9/2004

**Sold To:**
CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**
CONNECTICUT SHOTGUN MFG
35 WOODLAND ST
NEW BRITAIN, CT 06051

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | | KATIE | | 1/9/2004 | 3% 7 DAYS, NET 30 |

| **ANTIQUED PEWTER PINS (BAGGED)** | | Total : | 24 pcs | @ | $2.95 | $70.80 |
|---|---|---|---|---|---|---|
| 24 #351- | DOVE | . . . . . . . . . . . . . | | | | |

2/13/2004  Chk# 048552  $75.80  Closed.

| | |
|---|---|
| **Merchandise SubTotal:** | **$70.80** |
| SHIPPING | $5.00 |
| **Sub-Total with Charges:** | **$75.80** |
| **TOTAL:** | **$75.80** |

TAKE 3% MERCHANDISE DISCOUNT ($73.68) IF PAID BY 1/16/2004.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ  07726**

www.ggharris.com
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**      6426

1/22/2004

| Sold To: | Ship To (if different): |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 35 WOODLAND ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06051 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | BACKORDER | CAROL TORNEO | | 1/22/2004 | 3% 7 DAYS, NET 30 |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 8 pcs @ | $12.35 | $98.80 |
|---|---|---|---|---|---|
| 3 #455P- | BRITTANY | . . . . . . . . . . . . . . | 2 #457P- | | ENGLISH SETTER, TAIL BACK |
| 3 #451P- | GERMAN SHORTHAIR | . . . . . . . . . . . . . . | | | |

BACKORDER FROM 1/7/04 3/3/2004  Chk# 48808
$105.80  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$98.80** |
| | |
| SHIPPING & HANDLING       $7.00 | |
| **Sub-Total with Charges:** | **$105.80** |
| **TOTAL:** | **$105.80** |

TAKE 3% MERCHANDISE DISCOUNT ($102.84) IF PAID BY 1/29/2004.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ 07726**

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169  FAX 732-446-5423

**Invoice # :**     6569

3/1/2004

| Sold To: | Ship To (if different): |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 35 WOODLAND ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06051 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | KATIE | | 3/1/2004 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | Total : | 14 pcs @ | $2.95 | $41.30 |
|---|---|---|---|---|

| 1 #419- | SQUIRREL | . . . . . . . . . . . . . . | 1 #419A- | MOUSE |
|---|---|---|---|---|
| 12 #434- | ELK HEAD, BUGLING | . . . . . . . . . . . . . . | | |

3/26/2004  Chk# 48963  $48.30  Closed.

| Merchandise SubTotal: | $41.30 |
|---|---|
| | |
| SHIPPING & HANDLING | $7.00 |
| Sub-Total with Charges: | $48.30 |
| **TOTAL:** | **$48.30** |

TAKE 3% MERCHANDISE DISCOUNT ($47.06) IF PAID BY 3/8/2004.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**      7144

7/16/2004

**Sold To:**
CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**
CONNECTICUT SHOTGUN MFG
35 WOODLAND ST
NEW BRITAIN, CT 06051

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | KATIE | | 7/16/2004 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 52 pcs @ | $2.95 | $153.40 |
|---|---|---|---|---|---|
| 12 #309- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . . | 12 #328- | DRUMMING GROUSE | |
| 6 #434- | ELK HEAD, BUGLING | . . . . . . . . . . . . . . . | 10 #455- | BRITTANY | |
| 12 #451- | GERMAN SHORTHAIR | . . . . . . . . . . . . . . . | | | |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 9 pcs @ | $12.35 | $111.15 |
|---|---|---|---|---|---|
| 4 #308P- | TURKEY, FLYING | . . . . . . . . . . . . . . . | 5 #457P- | ENGLISH SETTER, TAIL BACK | |

HANDPAINTED PINS BACKORDERED FOR ABOUT
2 WEEKS: 2 #308P & 7 #457P.  THANKS! 9/6/2004
Chk# 050546  $272.55  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$264.55** |
| SHIPPING & HANDLING | $8.00 |
| **Sub-Total with Charges:** | **$272.55** |
| **TOTAL:** | **$272.55** |

TAKE 3% MERCHANDISE DISCOUNT ($264.61) IF PAID BY 7/23/2004.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169  FAX 732-446-5423

**Invoice # :**  7197

7/29/2004

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

CONNECTICUT SHOTGUN MFG
35 WOODLAND ST
NEW BRITAIN, CT 06051

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | BACKORDER 7/16/04 | CAROL TORNEO | | 7/29/2004 | 3% 7 DAYS, NET 30 |

| HAND PAINTED PEWTER PINS (BAGGED) | Total : | 9 pcs @ | $12.35 | $111.15 |
|---|---|---|---|---|
| 2 #308P-  TURKEY, FLYING  . . . . . . . . . . . . . . | 7 #457P- | ENGLISH SETTER, TAIL BACK | | |

BALANCE OF BACKORDERED PINS, THANKS!
10/25/2004 Chk# 050943 $118.15 Closed.

| | |
|---|---|
| **Merchandise SubTotal:** | **$111.15** |
| | |
| SHIPPING & HANDLING | $7.00 |
| **Sub-Total with Charges:** | **$118.15** |
| **TOTAL:** | **$118.15** |

TAKE 3% MERCHANDISE DISCOUNT ($114.82) IF PAID BY 8/5/2004.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00031

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**   7510

11/22/2004

| Sold To: | Ship To (if different): |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 35 WOODLAND ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06051 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | 2333 | CAROL TORNEO | | 11/22/2004 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | | Total : | 42 pcs @ | $2.95 | $123.90 |
|---|---|---|---|---|---|---|
| 6 #301- | PHEASANT FLYING | . . . . . . . . . . . . . . | 12 #304- | WOODCOCK | | |
| 24 #351- | DOVE | . . . . . . . . . . . . . . | | | | |

| HAND PAINTED PEWTER PINS (BAGGED) | | | Total : | 11 pcs @ | $12.35 | $135.85 |
|---|---|---|---|---|---|---|
| 5 #301P- | PHEASANT FLYING | . . . . . . . . . . . . . . | 6 #329P- | BOBWHITE, OPEN WING | | |

| 24K GOLD PLATED TIE TACS (CARDED) | | | Total : | 30 pcs @ | $5.00 | $150.00 |
|---|---|---|---|---|---|---|
| 6 #TT304G- | WOODCOCK | . . . . . . . . . . . . . . | 6 #TT308G- | TURKEY, FLYING | | |
| 6 #TT321G- | MALLARD, FLYING | . . . . . . . . . . . . . . | 6 #TT400G- | BUCK HEAD | | |
| 6 #TT450G- | LABRADOR, SITTING | . . . . . . . . . . . . . . | | | | |

SHIPPED 1 PAINTED PHEASANT SHORT.  NOT
BACKORDERED BUT NOT AVAILABLE AGAIN IN 2
WEEKS, THANKS! 1/18/2005  Chk# 52085  $418.75
Closed.

| | |
|---|---|
| Merchandise  SubTotal: | $409.75 |
| | |
| SHIPPING & HANDLING          $9.00 | |
| Sub-Total with Charges: | $418.75 |
| TOTAL: | $418.75 |

TAKE 3% MERCHANDISE DISCOUNT ($406.46) IF PAID BY 11/29/2004.  OTHERWISE DUE IN FULL, NET 30 DAYS,
THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**      8658

12/1/2005

| Sold To: | Ship To (if different): |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | KATIE | | 12/1/2005 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | | Total : | 108 pcs @ | $2.85 | $307.80 |
|---|---|---|---|---|---|---|
| 12 | #320- | CANADA GOOSE, FLYING | . . . . . . . . . . . . . . | 12 #321- | MALLARD, FLYING | |
| 12 | #351- | DOVE | . . . . . . . . . . . . . . | 12 #412- | RABBIT | |
| 12 | #434- | ELK HEAD, BUGLING | . . . . . . . . . . . . . . | 12 #800- | WHITE FLYER CLAY TARGET | |
| 12 | #454- | GOLDEN RETRIEVER | . . . . . . . . . . . . . . | 12 #450A- | LABRADOR, STANDING | |
| 12 | #455B- | SPRINGER SPANIEL | . . . . . . . . . . . . . . | | | |

3/6/2006  Chk# 56904  $316.80  Closed.

| | |
|---|---|
| Merchandise  SubTotal: | $307.80 |
| | |
| SHIPPING & HANDLING          $9.00 | |
| Sub-Total with Charges: | $316.80 |
| TOTAL: | $316.80 |

TAKE 3% MERCHANDISE DISCOUNT ($307.57) IF PAID BY 12/8/2005.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00033

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169  FAX 732-446-5423

**Invoice # :**      9400

9/14/2006

| Sold To: | Ship To (if different): |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | KATIE | | 9/14/2006 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 60 pcs @ | $2.95 | $177.00 |
|---|---|---|---|---|---|
| 12 #301- | PHEASANT FLYING | . . . . . . . . . . . . . . | 24 #320- | CANADA GOOSE, FLYING | |
| 12 #329- | BOBWHITE, OPEN WING | . . . . . . . . . . . . . . | 12 #351- | DOVE | |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 4 pcs @ | $12.35 | $49.40 |
|---|---|---|---|---|---|
| 4 #329P- | BOBWHITE, OPEN WING | . . . . . . . . . . . . . . | | | |

| 24K GOLD PLATED TIE TACS (CARDED) | | Total : | 6 pcs @ | $5.00 | $30.00 |
|---|---|---|---|---|---|
| 6 #TT329G- | BOBWHITE, OPEN WING | . . . . . . . . . . . . . . | | | |

| MISCELLANEOUS (*****) | | Total : | 5 pcs | | $0.00 |
|---|---|---|---|---|---|
| 5 - | KEYCHAINS-K175 / K400 / K48D/ K457 /K591 | | @ $0.00 | | $0.00 |

ONLY 4 OF 6 PAINTED QUAIL AVAILABLE.  NOT
BACKORDERED BUT SHOULD BE BACK IN STOCK
IN ABOUT 2 WEEKS, THANKS.  KEYCHAIN
SAMPLES ENCLOSED FOR  "IMPULSE SALE"
CONSIDERATION! 12/11/2006  Chk# 60448  $264.40
Closed.

| | |
|---|---|
| Merchandise  SubTotal: | $256.40 |
| SHIPPING & HANDLING      $8.00 | |
| Sub-Total with Charges: | $264.40 |
| TOTAL: | $264.40 |

TAKE 3% MERCHANDISE DISCOUNT ($256.71) IF PAID BY 9/21/2006.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**     9615

11/27/2006

| Sold To: | Ship To (if different): |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | KATIE | | 11/27/2006 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 36 pcs @ | $2.95 | $106.20 |
|---|---|---|---|---|---|
| 12 #304- | WOODCOCK | . . . . . . . . . . . . . . | 12 #456- | ENGLISH POINTER | |
| 12 #457- | ENGLISH SETTER, TAIL BACK | . . . . . . . . . . . . . . | | | |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 22 pcs @ | $12.35 | $271.70 |
|---|---|---|---|---|---|
| 3 #302P- | RUFFED GROUSE | . . . . . . . . . . . . . . | 12 #351P- | DOVE | |
| 3 #455P- | BRITTANY | . . . . . . . . . . . . . . | 1 #457P- | ENGLISH SETTER, TAIL BACK | |
| 3 #451P- | GERMAN SHORTHAIR | . . . . . . . . . . . . . . | | | |

PAINTED PINS BACKORDERED FOR ABOUT 2
WEEKS:  11 #457P ENGLISH SETTER, 9 #302P
GROUSE, 9 #455P BRITTANY & 9 #451P GERMAN
SHORTHAIR POINTER.  THANKS! 1/30/2007 Chk#
61283  $386.90  Closed.

| | |
|---|---|
| Merchandise SubTotal: | $377.90 |
| | |
| SHIPPING & HANDLING | $9.00 |
| Sub-Total with Charges: | $386.90 |
| TOTAL: | $386.90 |

TAKE 3% MERCHANDISE DISCOUNT ($375.56) IF PAID BY 12/4/2006.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00035

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ 07726**

www.ggharris.com
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**   9673

12/12/2006

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | VERBAL | KATIE | | 12/12/2006 | 3% 7 DAYS, NET 30 |

| HAND PAINTED PEWTER PINS (BAGGED) | Total : | 4 pcs @ | $12.35 | $49.40 |
|---|---|---|---|---|
| 4   #309P-      RUFFED GROUSE, FLYING     . . . . . . . . . . . . . . | | | | |

VERBAL ORDER FROM KATIE 1/30/2007 Chk#
61283 $56.40 Closed.

| | |
|---|---|
| Merchandise SubTotal: | $49.40 |
| | |
| SHIPPING & HANDLING       $7.00 | |
| Sub-Total with Charges: | $56.40 |
| TOTAL: | $56.40 |

TAKE 3% MERCHANDISE DISCOUNT ($54.92) IF PAID BY 12/19/2006.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00036

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**      9697

12/18/2006

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

CONNECTICUT SHOTGUN MFG
100 BURRITT ST
NEW BRITAIN, CT 06053

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | BACKORDER | KATIE | | 12/18/2006 | 3% 7 DAYS, NET 30 |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 38 pcs @ | $12.35 | $469.30 |
|---|---|---|---|---|---|
| 9 #302P- | RUFFED GROUSE | . . . . . . . . . . . . . . | 9 #455P- | BRITTANY | |
| 11 #457P- | ENGLISH SETTER, TAIL BACK | . . . . . . . . . . . . . . | 9 #451P- | GERMAN SHORTHAIR | |

BALANCE OF BACKORDERED PAINTED PINS,
THANKS! 2/28/2007  Chk# 61681  $478.30  Closed.

| Merchandise  SubTotal: | $469.30 |
|---|---|
| | |
| SHIPPING & HANDLING          $9.00 | |
| Sub-Total with Charges: | $478.30 |
| TOTAL: | $478.30 |

TAKE 3% MERCHANDISE DISCOUNT ($464.22) IF PAID BY 12/25/2006.  OTHERWISE DUE IN FULL, NET 30 DAYS,
THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169  FAX 732-446-5423

**Invoice # :**     9850

2/22/2007

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | VERBAL | KATIE | | 2/22/2007 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | | Total : | 48 pcs @ | $2.95 | $141.60 |
|---|---|---|---|---|---|---|
| 30 #351- | DOVE | . . . . . . . . . . . . . | 6 #902- | | SHOOTER | |
| 6 #455- | BRITTANY | . . . . . . . . . . . . . | 6 #451- | | GERMAN SHORTHAIR | |

| HAND PAINTED PEWTER PINS (BAGGED) | | | Total : | 3 pcs @ | $12.35 | $37.05 |
|---|---|---|---|---|---|---|
| 3 #301P- | PHEASANT FLYING | . . . . . . . . . . . . . | | | | |

3 PAINTED PHEASANTS SHIPPED, NONE
BACKORDERED.  MORE WILL BE AVAILABLE IN
1 - 2 WEEKS, THANKS! 4/23/2007 Chk# 0062362
$186.65  Closed.

| | |
|---|---|
| Merchandise  SubTotal: | $178.65 |
| | |
| SHIPPING & HANDLING          $8.00 | |
| Sub-Total with Charges: | $186.65 |
| TOTAL: | $186.65 |

TAKE 3% MERCHANDISE DISCOUNT ($181.29) IF PAID BY 3/1/2007.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

**GEORGE G. HARRIS'**  
**"WILDLIFE COLLECTION"**  
P. O. BOX 748  
Englishtown, NJ 07726

www.ggharris.com  
TOLL FREE 888-443-3169  
732-446-3169  FAX 732-446-5423

**Invoice # :**  10561

11/9/2007

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | KATIE | | 11/9/2007 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | | Total : | 132 pcs @ | $2.85 | $376.20 |
|---|---|---|---|---|---|---|
| 6 #302- | RUFFED GROUSE | . . . . . . . . . . . . . . . | 12 #304- | WOODCOCK |
| 12 #309- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . . | 12 #321- | MALLARD, FLYING |
| 6 #322- | WOODDUCK, FLYING | . . . . . . . . . . . . . . . | 12 #329- | BOBWHITE, OPEN WING |
| 24 #351- | DOVE | . . . . . . . . . . . . . . . | 12 #800- | WHITE FLYER CLAY TARGET |
| 12 #455- | BRITTANY | . . . . . . . . . . . . . . . | 12 #456- | ENGLISH POINTER |
| 6 #457- | ENGLISH SETTER, TAIL BACK | . . . . . . . . . . . . . . . | 6 #451- | GERMAN SHORTHAIR |

| HAND PAINTED PEWTER PINS (BAGGED) | | | Total : | 20 pcs @ | $12.35 | $247.00 |
|---|---|---|---|---|---|---|
| 5 #301P- | PHEASANT FLYING | . . . . . . . . . . . . . . . | 3 #326P- | TURKEY, STRUTTING LEFT |
| 12 #329P- | BOBWHITE, OPEN WING | . . . . . . . . . . . . . . . | | |

| 24K GOLD PLATED TIE TACS (CARDED) | | | Total : | 24 pcs @ | $5.00 | $120.00 |
|---|---|---|---|---|---|---|
| 6 #TT304G- | WOODCOCK | . . . . . . . . . . . . . . . | 6 #TT321G- | MALLARD, FLYING |
| 6 #TT329G- | BOBWHITE, OPEN WING | . . . . . . . . . . . . . . . | 6 #TT400G- | BUCK HEAD |

| MISCELLANEOUS (*****) | | | Total : | 1 pcs | | $0.00 |
|---|---|---|---|---|---|---|
| 1 | - | 301AP PAINTED WALKING PHEASANT SAMPLE | | @ | $0.00 | $0.00 |

THE FOLLOWING PAINTED PINS ARE
BACKORDERED FOR 1 - 2 WEEKS: 7 #301P
PHEASANT AND 3 #326P TURKEY.  FREE SAMPLE
ENCLOSED OF NEW #301AP PAINTED WALKING
PHEASANT TO CONSIDER FOR NEXT YEAR.
THNAKS! 1/8/2008 Chk# 66203 $755.20 Closed.

| | |
|---|---|
| **Merchandise SubTotal:** | $743.20 |
| SHIPPING & HANDLING | $12.00 |
| **Sub-Total with Charges:** | $755.20 |
| **TOTAL:** | $755.20 |

TAKE 3% MERCHANDISE DISCOUNT ($732.90) IF PAID BY 11/16/2007.  OTHERWISE DUE IN FULL, NET 30 DAYS,
THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ 07726**

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**    10641

12/6/2007

| | **Sold To:** | **Ship To (if different):** |
|---|---|---|
| | CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| | PO BOX 1692 | 100 BURRITT ST |
| | NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | B/O & ADD-ON | KATIE | | 12/6/2007 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 78 pcs | @ | $2.95 | $230.10 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 24 #301- | PHEASANT FLYING | . . . . . . . . . . . . . . | 12 #304- | WOODCOCK |
| 12 #327- | TURKEY, ALERT | . . . . . . . . . . . . . . | 6 #405- | BLACK BEAR |
| 12 #421- | 8 PT BUCK | . . . . . . . . . . . . . . | 12 #453- | BEAGLE |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 13 pcs | @ | $12.35 | $160.55 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 10 #301P- | PHEASANT FLYING | . . . . . . . . . . . . . . | 3 #326P- | TURKEY, STRUTTING LEFT |

ENCLOSED ARE PAINTED PINS FROM PREVIOUS
BACKORDER PLUS ADD-ONS.   PAINTED PINS
STILL BACKORDERED FOR ABOUT 2 WEEKS:  6
#457P ENGLISH SETTER BLACK & WHITE, 6 #309P
PAINTED GROUSE & 2 #301 PAINTED PHEASANT.
THANKS! 2/15/2008 Chk# 66588 $400.65 Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$390.65** |
| SHIPPING & HANDLING            $10.00 | |
| **Sub-Total with Charges:** | **$400.65** |
| **TOTAL:** | **$400.65** |

TAKE 3% MERCHANDISE DISCOUNT ($388.93) IF PAID BY 12/13/2007.  OTHERWISE DUE IN FULL, NET 30 DAYS,
THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00040

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**   10705

1/3/2008

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | BACKORDER | KATIE | | 1/3/2008 | 3% 7 DAYS, NET 30 |

| HAND PAINTED PEWTER PINS (BAGGED) | Total : | 14 pcs @ | $12.35 | $172.90 |
|---|---|---|---|---|

| 2 #301P- | PHEASANT FLYING | . . . . . . . . . . . . . . | 6 #309P- | RUFFED GROUSE, FLYING |
|---|---|---|---|---|
| 6 #457P- | ENGLISH SETTER, TAIL BACK | . . . . . . . . . . . . . . | | |

4/2/2008  Chk# 67390  $181.90  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$172.90** |
| | |
| SHIPPING & HANDLING | $9.00 |
| **Sub-Total with Charges:** | **$181.90** |
| **TOTAL:** | **$181.90** |

TAKE 3% MERCHANDISE DISCOUNT ($176.71) IF PAID BY 1/10/2008.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00041

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ  07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**   10904

3/28/2008

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | JAMIE | | 3/28/2008 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | | | Total : | 22 pcs @ | $2.95 | $64.90 |
|---|---|---|---|---|---|---|---|

| 1 | #302- | RUFFED GROUSE | . . . . . . . . . . . . . . | 4 | #329- | BOBWHITE, OPEN WING |
|---|---|---|---|---|---|---|
| 6 | #351- | DOVE | . . . . . . . . . . . . . . | 1 | #400- | BUCK HEAD |
| 3 | #433- | MOOSE HEAD | . . . . . . . . . . . . . . | 1 | #434- | ELK HEAD, BUGLING |
| 6 | #450- | LABRADOR, SITTING | . . . . . . . . . . . . . . | | | |

| HAND PAINTED PEWTER PINS (BAGGED) | | | | Total : | 10 pcs @ | $12.35 | $123.50 |
|---|---|---|---|---|---|---|---|

| 4 | #301P- | PHEASANT FLYING | . . . . . . . . . . . . . . | 6 | #329P- | BOBWHITE, OPEN WING |
|---|---|---|---|---|---|---|

5/28/2008  Chk# 68697  $197.40  Closed.

| Merchandise  SubTotal: | $188.40 |
|---|---|
| | |
| SHIPPING & HANDLING | $9.00 |
| **Sub-Total with Charges:** | $197.40 |
| **TOTAL:** | $197.40 |

TAKE 3% MERCHANDISE DISCOUNT ($191.75) IF PAID BY 4/4/2008.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**   11474

11/26/2008

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

CONNECTICUT SHOTGUN MFG
100 BURRITT ST
NEW BRITAIN, CT 06053

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | CAROL TORNEO | | 11/26/2008 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | | | Total : | 62 pcs @ | $2.95 | $182.90 |
|---|---|---|---|---|---|---|---|
| 10 | #302- | RUFFED GROUSE | . . . . . . . . . . . . . . | 6 | #309- | RUFFED GROUSE, FLYING |
| 12 | #326A- | TURKEY, STRUTTING RIGHT | . . . . . . . . . . . . . . | 6 | #329- | BOBWHITE, OPEN WING |
| 12 | #351- | DOVE | . . . . . . . . . . . . . . | 6 | #457- | ENGLISH SETTER, TAIL BACK |
| 10 | #451- | GERMAN SHORTHAIR | . . . . . . . . . . . . . . | | | |

| HAND PAINTED PEWTER PINS (BAGGED) | | | | Total : | 8 pcs @ | $12.35 | $98.80 |
|---|---|---|---|---|---|---|---|
| 2 | #301P- | PHEASANT FLYING | . . . . . . . . . . . . . . | 6 | #455P- | BRITTANY |

#455 PAINTED BRITTANY (5 ORANGE & WHITE, 1
BROWN & WHITE).  BACKORDERED PAINTED
FOR ABOUT 2 WEEKS:  10 #301P PHEASANTS & 7
#455P BRITTANY (ORANGE & WHITE) 3/18/2009
Chk# 73551  $290.70  Closed.

| | |
|---|---|
| **Merchandise SubTotal:** | $281.70 |
| SHIPPING & HANDLING | $9.00 |
| **Sub-Total with Charges:** | $290.70 |
| **TOTAL:** | $290.70 |

TAKE 3% MERCHANDISE DISCOUNT ($282.25) IF PAID BY 12/3/2008.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ 07726**

**www.ggharris.com**
**TOLL FREE 888-443-3169**
**732-446-3169  FAX 732-446-5423**

**Invoice # :**  11522

12/15/2008

| Sold To: | Ship To (if different): |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | BACKORDER | CAROL TORNEO | | 12/15/2008 | 3% 7 DAYS, NET 30 |

| HAND PAINTED PEWTER PINS (BAGGED) | Total : | 17 pcs @ | $12.35 | $209.95 |
|---|---|---|---|---|
| 10 #301P-    PHEASANT FLYING    . . . . . . . . . . . . . . | 7 #455P- | BRITTANY | | |

BALANCE OF BACKORDER FROM 11/26/08
3/18/2009  Chk# 73551  $215.95  Closed.

| | |
|---|---|
| Merchandise  SubTotal: | $209.95 |
| | |
| SHIPPING          $6.00 | |
| Sub-Total with Charges: | $215.95 |
| **TOTAL:** | **$215.95** |

| TAKE 3% MERCHANDISE DISCOUNT ($209.65) IF PAID BY 12/22/2008.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS ! |
|---|

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00044

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**   11571

1/12/2009

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | CAROL TORNEO | | 1/12/2009 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | Total : | 18 pcs @ | $2.95 | $53.10 |
|---|---|---|---|---|
| 18  #351-        DOVE | . . . . . . . . . . . . . . | | | |

3/24/2009  Chk# 73894  $61.10  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$53.10** |
| | |
| SHIPPING & HANDLING        $8.00 | |
| **Sub-Total with Charges:** | **$61.10** |
| **TOTAL:** | **$61.10** |

TAKE 3% MERCHANDISE DISCOUNT ($59.51) IF PAID BY 1/19/2009.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**   11614

1/26/2009

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

CONNECTICUT SHOTGUN MFG
100 BURRITT ST
NEW BRITAIN, CT 06053

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | | KATIE | | 1/26/2009 | 3% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | Total : | 12 pcs @ | $2.95 | $35.40 |
|---|---|---|---|---|
| 12  #304-      WOODCOCK | . . . . . . . . . . . . . . | | | |

| HAND PAINTED PEWTER PINS (BAGGED) | Total : | 6 pcs @ | $12.35 | $74.10 |
|---|---|---|---|---|
| 6  #351P-      DOVE | . . . . . . . . . . . . . . | | | |

| 24K GOLD PLATED TIE TACS (CARDED) | Total : | 6 pcs @ | $5.00 | $30.00 |
|---|---|---|---|---|
| 6  #TT304G-      WOODCOCK | . . . . . . . . . . . . . . | | | |

3/24/2009  Chk# 73894  $147.50  Closed.

| | |
|---|---|
| Merchandise SubTotal: | $139.50 |
| | |
| SHIPPING & HANDLING          $8.00 | |
| Sub-Total with Charges: | $147.50 |
| TOTAL: | $147.50 |

TAKE 3% MERCHANDISE DISCOUNT ($143.32) IF PAID BY 2/2/2009.  OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00046

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

**www.ggharris.com**
**TOLL FREE 888-443-3169**
**732-446-3169  FAX 732-446-5423**

**Invoice # :**   12018

7/16/2009

| | |
|---|---|
| **Sold To:** | **Ship To (if different):** |
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | MIKE BURNETT, PROD MGR | | 7/16/2009 | NET 30 DAYS |

| ANTIQUED PEWTER PINS (BAGGED) | Total : | 8 pcs @ | $3.00 | $24.00 |
|---|---|---|---|---|
| 8  #302-    RUFFED GROUSE   . . . . . . . . . . . . . . | | | | |

| 24K GOLD PLATED TIE TACS (BAGGED) | Total : | 8 pcs @ | $5.00 | $40.00 |
|---|---|---|---|---|
| 8  #TT329G-    BOBWHITE, OPEN WING   . . . . . . . . . . . . . . | | | | |

8/6/2009  Chk# 75771  $72.00  Closed.

| | |
|---|---|
| Merchandise SubTotal: | $64.00 |
| | |
| SHIPPING & HANDLING | $8.00 |
| Sub-Total with Charges: | $72.00 |
| TOTAL: | $72.00 |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00047

# INVOICE

Page 1 of 1

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169 FAX 732-446-5423

**Invoice # :**   12231

10/29/2009

| Sold To: | Ship To (if different): |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | MIKE BURNETT, PROD MGR | | 10/29/2009 | NET 30 DAYS |

| 24K GOLD PLATED TIE TACS (BAGGED) | | Total : | 49 pcs @ | $5.00 | $245.00 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 11 | #TT304G- | WOODCOCK | . . . . . . . . . . . . . . | 14 #TT308G- | TURKEY, FLYING |
| 8 | #TT309G- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . | 7 #TT450G- | LABRADOR, SITTING |
| 9 | #TT450BG- | LABRADOR HEAD | . . . . . . . . . . . . . . | | |

BACKORDERED FOR 3 -4 WEEKS:  14 WOODCOCK
TIE TACS, 17 FLYING GROUSE TIE TACS, 11
FLYING TURKEY TIE TACS, 18 SITTING LAB TIE
TACS & 16 LAB HEAD TIE TACS, THANKS!
2/16/2010 Chk# 78827 $254.00  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$245.00** |
| | |
| SHIPPING & HANDLING | $9.00 |
| **Sub-Total with Charges:** | **$254.00** |
| **TOTAL:** | **$254.00** |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00048

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**    12308

11/30/2009

|  | **Sold To:** | **Ship To (if different):** |
|---|---|---|
|  | CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
|  | PO BOX 1692 | 100 BURRITT ST |
|  | NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 |  | MIKE BURNETT, PROD MGR |  | 11/30/2009 | NET 30 DAYS |

| **24K GOLD PLATED TIE TACS (BAGGED)** | | Total : | 76 pcs @ | $5.00 | $380.00 |
|---|---|---|---|---|---|
| 14 #TT304G- | WOODCOCK | . . . . . . . . . . . . . . | 11 #TT308G- | TURKEY, FLYING | |
| 17 #TT309G- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . | 18 #TT450G- | LABRADOR, SITTING | |
| 16 #TT450BG- | LABRADOR HEAD | . . . . . . . . . . . . . . | | | |

BALANCE OF BACKORDER FROM 10/29/09,
THANKS! 2/16/2010 Chk# 78827 $390.00 Closed.

| **Merchandise  SubTotal:** | **$380.00** |
|---|---|
| | |
| SHIPPING & HANDLING | $10.00 |
| **Sub-Total with Charges:** | **$390.00** |
| **TOTAL:** | **$390.00** |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**   12393

1/6/2010

**Sold To:**
CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**
CONNECTICUT SHOTGUN MFG
100 BURRITT ST
NEW BRITAIN, CT 06053

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | MIKE BURNETT, PROD MGR | | 1/6/2010 | NET 30 DAYS |

| ANTIQUED PEWTER PINS (BAGGED) | | | Total : | 60 pcs @ | $3.00 | $180.00 |
|---|---|---|---|---|---|---|
| 12 | #351- | DOVE | . . . . . . . . . . . . . . | 12 #400- | BUCK HEAD | |
| 12 | #468- | 10 PT BUCK | . . . . . . . . . . . . . . | 12 #800- | WHITE FLYER CLAY TARGET | |
| 12 | #450- | LABRADOR, SITTING | . . . . . . . . . . . . . . | | | |

| 24K GOLD PLATED TIE TACS (CARDED) | | | Total : | 20 pcs @ | $5.00 | $100.00 |
|---|---|---|---|---|---|---|
| 8 | #TT320G- | CANADA GOOSE, FLYING | . . . . . . . . . . . . . . | 4 #TT321G- | MALLARD, FLYING | |
| 8 | #TT420G- | WHITETAIL DEER, JUMPING | . . . . . . . . . . . . . . | | | |

BACKORDERED FOR ABOUT 4 - 6 WEEKS - 4
#TT320G, 8 #TT321G & 4 #TT420G.  WE WILL CALL
BEFORE SHIPPING, THANKS! 3/18/2010  Chk#
79388  $289.00  Closed.

| | |
|---|---|
| Merchandise SubTotal: | $280.00 |
| | |
| SHIPPING & HANDLING | $9.00 |
| Sub-Total with Charges: | $289.00 |
| TOTAL: | $289.00 |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# CREDIT MEMO

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ 07726**

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169  FAX 732-446-5423

**Invoice # :**   12440

2/1/2010

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | CAROL TORNEO | | 2/1/2010 | CREDIT MEMO |

| 24K GOLD PLATED TIE TACS (CARDED) | Total : | 33 pcs @ | $5.00 | $165.00 |
|---|---|---|---|---|

8  #TT420G-    WHITETAIL DEER, JUMPING    . . . . . . . . . . . . . .    25  #TT450BG-    LABRADOR HEAD

CREDIT OF $165.00 FOR MIS-ORDERED TIE TACS,
RETURNED 01/290/10.  PLEASE APPLY TO
OUTSTANDING BALANCES.  THANK YOU!
2/16/2010  Chk# 78827  ($165.00) Closed.

| Merchandise  SubTotal: | $165.00 |
|---|---|
| | |
| Sub-Total with Charges: | $165.00 |
| **TOTAL:** | **($165.00)** |

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169  FAX 732-446-5423

**Invoice # :**   12470

2/17/2010

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

CONNECTICUT SHOTGUN MFG
100 BURRITT ST
NEW BRITAIN, CT 06053

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | | CAROL TORNEO | | 2/17/2010 | NET 30 DAYS |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 24 pcs @ | $3.00 | $72.00 |
|---|---|---|---|---|---|
| 24 #351- | DOVE | . . . . . . . . . . . . . . | | | |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 6 pcs @ | $12.50 | $75.00 |
|---|---|---|---|---|---|
| 3 #309P- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . | 3 #455P- | BRITTANY | |

3/31/2010  Chk# 79515  $155.00  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$147.00** |
| | |
| SHIPPING & HANDLING | $8.00 |
| **Sub-Total with Charges:** | **$155.00** |
| **TOTAL:** | **$155.00** |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00052

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

**www.ggharris.com**
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**      12531

3/11/2010

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | 2122010 | CAROL TORNEO | | 3/11/2010 | NET 30 DAYS |

| **ANTIQUED PEWTER PINS (BAGGED)** | | **Total :** | 24 pcs @ | $3.00 | $72.00 |
|---|---|---|---|---|---|
| 12 #351- | DOVE | . . . . . . . . . . . . . . | 12 #434- | ELK HEAD, BUGLING | |

| **24K GOLD PLATED TIE TACS (BAGGED)** | | **Total :** | 6 pcs @ | $5.00 | $30.00 |
|---|---|---|---|---|---|
| 3 #TT400G- | BUCK HEAD | . . . . . . . . . . . . . . | 3 #TT468G- | 10 PT BUCK | |

5/1/2010  Chk# 80077  $110.00  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$102.00** |
| SHIPPING & HANDLING | $8.00 |
| **Sub-Total with Charges:** | **$110.00** |
| **TOTAL:** | **$110.00** |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00053

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
Englishtown, NJ 07726

**www.ggharris.com**
**TOLL FREE 888-443-3169**
**732-446-3169  FAX 732-446-5423**

**Invoice # :**    13714

10/17/2011

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | | CHRIS ERB | | 10/17/2011 | NET 30 DAYS |

| **HAND PAINTED PEWTER PINS (BAGGED)** | **Total :** | **20 pcs @** | **$12.50** | **$250.00** |
|---|---|---|---|---|

10  #329P-    BOBWHITE, OPEN WING    . . . . . . . . . . . . . .    10  #457P-        ENGLISH SETTER, TAIL BACK

| **24K GOLD PLATED TIE TACS (BAGGED)** | **Total :** | **10 pcs @** | **$5.00** | **$50.00** |
|---|---|---|---|---|

10  #TT321G-    MALLARD, FLYING    . . . . . . . . . . . . . .

12/16/2011 Chk# 89168 $312.00 Closed.

| Merchandise  SubTotal: | $300.00 |
|---|---|
| | |
| SHIPPING & HANDLING       $12.00 | |
| **Sub-Total with Charges:** | **$312.00** |
| **TOTAL:** | **$312.00** |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ 07726**

**www.ggharris.com**
**TOLL FREE 888-443-3169**
**732-446-3169  FAX 732-446-5423**

**Invoice # :**   14178

5/4/2012

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | 4476 | BOB ULRICH | | 5/4/2012 | NET 30 DAYS |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 22 pcs | @ | $13.00 | $286.00 |
|---|---|---|---|---|---|---|

| 8 | #301P- | PHEASANT FLYING | . . . . . . . . . . . . . . | 6 #308P- | TURKEY, FLYING |
|---|---|---|---|---|---|
| 8 | #351P- | DOVE | . . . . . . . . . . . . . . | | |

2 #351P - PAINTED DOVE PINS BACKORDERED
FOR ABOUT 3 WEEKS, THANK YOU! 7/29/2012
Chk# 92731  $296.00  Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$286.00** |
| | |
| SHIPPING & HANDLING | $10.00 |
| **Sub-Total with Charges:** | **$296.00** |
| **TOTAL:** | **$296.00** |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00055

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ  07726

www.ggharris.com
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**   14255

6/4/2012

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | B/O FROM 5/4/12 | BOB ULRICH | | 6/4/2012 | NET 30 DAYS |

| HAND PAINTED PEWTER PINS (BAGGED) | Total : | 2 pcs @ | $13.00 | $26.00 |
|---|---|---|---|---|
| 2  #351P-        DOVE  . . . . . . . . . . . . . . | | | | |

PAINTED DOVES BACKORDERED FROM 5/4/12,
THANK YOU! 7/29/2012  Chk# 92731  $29.00  Closed.

| | |
|---|---|
| Merchandise  SubTotal: | $26.00 |
| | |
| SHIPPING & HANDLING      $3.00 | |
| Sub-Total with Charges: | $29.00 |
| TOTAL: | $29.00 |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00056

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ 07726

www.ggharris.com
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**     14256

6/4/2012

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

CONNECTICUT SHOTGUN MFG
100 BURRITT ST
NEW BRITAIN, CT 06053

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | NEW PRODUCT SAMPL | BOB ULRICH | | 6/4/2012 | MEMO BILLING |

**ANTIQUED PEWTER PINS (BAGGED)** — Total : 1 pcs @ $3.25   $3.25
- 1 #301A-   PHEASANT WALKING   . . . . . . . . . . . . . . .

**24K GOLD PLATED PEWTER PINS (BAGGED)** — Total : 1 pcs @ $7.50   $7.50
- 1 #301AG-   PHEASANT WALKING   . . . . . . . . . . . . . . .

**HAND PAINTED PEWTER PINS (BAGGED)** — Total : 1 pcs @ $13.00   $13.00
- 1 #301AP-   PHEASANT WALKING   . . . . . . . . . . . . . . .

**24K GOLD PLATED PENDANTS (BAGGED)** — Total : 2 pcs @ $7.50   $15.00
- 1 #P321G-   MALLARD, FLYING   . . . . . . . . . . . . . . .   1 #P468DG-   13 PT BUCK SKULL W DROP TINE

**24K GOLD PLATED PENDANTS W CHAIN (BAGGED)** — Total : 7 pcs @ $10.00   $70.00
- 1 #PC301G-   PHEASANT FLYING   . . . . . . . . . . . . . . .   1 #PC304G-   WOODCOCK
- 1 #PC305AG-   TAIL FAN   . . . . . . . . . . . . . . .   1 #PC308G-   TURKEY, FLYING
- 1 #PC309G-   RUFFED GROUSE, FLYING   . . . . . . . . . . . . . . .   1 #PC326G-   TURKEY, STRUTTING LEFT
- 1 #PC800G-   WHITE FLYER CLAY TARGET   . . . . . . . . . . . . . . .

**MISCELLANEOUS (*****)** — Total : 4 pcs   $48.00
- 1 #D30910 - DP Grouse, flying (faces right)   @ $12.00   $12.00
- 1 #D30920 - DP Grouse, flying (faces left)   @ $12.00   $12.00
- 1 #D32610 - DP Turkey, strutting (faces right)   @ $12.00   $12.00
- 1 #D32620 - DP Turkey, strutting (faces left)   @ $12.00   $12.00

NEW PRODUCT SAMPLES FOR REVIEW - ANY
PIECES CAN BE KEPT AND PAID FOR OR
RETURNED. NOTE: PENDANTS SAMPLES WERE
SENT 2 WAYS - BAGGED WITHOUT CHAIN @ $7.50
AND BAGGED AND CARDED WITH CHAIN @
$10.00. RE: DRAWER PULLS, SEE LITERATURE
FOR OTHER STYLES. DISCOUNT AT 50 PIECES 5%,
100 PIECES 10%. 8/21/2012 Chk# 93080 $156.75
Closed.

| | |
|---|---|
| **Merchandise SubTotal:** | $156.75 |
| **Sub-Total with Charges:** | $156.75 |
| **TOTAL:** | $156.75 |

THIS ORDER SENT ON "MEMO BILLING".  PLEASE PAY FOR ANY PIECES BEING KEPT AND RETURN ANY UNWANTED
PIECES FOR CREDIT.  THANK YOU!

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ 07726**

www.ggharris.com
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**   14358

7/19/2012

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

CONNECTICUT SHOTGUN MFG
100 BURRITT ST
NEW BRITAIN, CT 06053

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|-------|-----------|-------|----------|------|-------|
| 2736 | 4551 | BOB ULRICH | | 7/19/2012 | NET 30 DAYS |

| HAND PAINTED PEWTER PINS (BAGGED) | Total : | 10 pcs @ | $13.00 | $130.00 |
|---|---|---|---|---|

| 3 | #309P- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . . | 4 #329P- | BOBWHITE, OPEN WING |
| 3 | #451P- | GERMAN SHORTHAIR | . . . . . . . . . . . . . . . | | |

BACKORDERED FOR 2 - 3 WEEKS:  7 # 309P
PAINTED FLYING GROUSE PINS, 6 #329 PAINTED
FLYING QUAIL PINS & 7 #451P PAINTED GERMAN
SHORTHAIR POINTER PINS, THANK YOU!
10/3/2012  Chk# 93583  $140.00  Closed.

| | |
|---|---|
| Merchandise  SubTotal: | $130.00 |
| | |
| SHIPPING & HANDLING     $10.00 | |
| Sub-Total with Charges: | $140.00 |
| TOTAL: | $140.00 |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ  07726

www.ggharris.com
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**   14359

8/20/2012

| **Sold To:** | **Ship To (if different):** |
|---|---|
| CONNECTICUT SHOTGUN MFG | CONNECTICUT SHOTGUN MFG |
| PO BOX 1692 | 100 BURRITT ST |
| NEW BRITAIN, CT 06051 | NEW BRITAIN, CT 06053 |

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | 4551 B/O | BOB ULRICH | | 8/20/2012 | NET 30 DAYS |

| HAND PAINTED PEWTER PINS (BAGGED) | Total : | 20 pcs @ | $13.00 | $260.00 |
|---|---|---|---|---|

| 7 | #309P- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . | 6 | #329P- | BOBWHITE, OPEN WING |
|---|---|---|---|---|---|---|
| 7 | #451P- | GERMAN SHORTHAIR | . . . . . . . . . . . . . . | | | |

BALANCE OF BACKORDER FROM 07/19/25,
THANK YOU! 10/25/2012 Chk# 94010 $266.00
Closed.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$260.00** |
| DISCOUNTED SHIPPING | $6.00 |
| **Sub-Total with Charges:** | **$266.00** |
| **TOTAL:** | **$266.00** |

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00059

**Date:** Wed, 28 Oct 2009 16:18:36 -0400
**From:** Connecticut Shotgun <galazan@msn.com>
**To:** george@ggharris.com

George,
Hi how are you? This is Michael Burnett, the product manager for Connecticut Shotgun Mfg.Co. I need to place an order for the following items please:
Ruffed Grouse tie tac-25
turkey in flight tei tac-25
labrador tie tac-25
woodcock tie tac-25

Thank you please do not hesitate to contact me if you have any questions.
Michael Burnett
CSMC
product manager

 Have you seen the new A-10 American Over & Under Shotgun?

HAR00066

# Sportsmen's
# Wildlife Collection

## By George G. Harris



## Wearable Art for the Outdoor Enthusiast

# Sportsmen's Wildlife Collection

This "Fine Pewter" collection has grown out of my fascination with wildlife and the desire to capture its diversity in an accurately detailed, durable and affordable piece of artwork.

Considering...
- that I was compulsively sculpting mashed potatoes at the dinner table by age four (and still do occasionally),
- that my interest in wildlife was firmly established through numerous family trips to museums and by keeping wildlife and gamefish as pets while growing up,
- and that this appreciation was further enhanced while earning college degrees in Natural Resource Conservation and Biology,

Then...becoming a wildlife sculptor was not only logical but inevitable.



I sculpt each original design at actual size and then make a rubber mold from this model which holds even the finest detail. Working with my brother Jim and the production crew, we hand pour and finish our pins in a process entailing more than 20 steps. The pins are cast exclusively in "Fine Pewter", a jewelry grade alloy which will maintain its antiqued look indefinitely.

All of our pins are available 24K Gold Plated (page 7). Starting with our pewter castings, the pins are electroplated with copper, then nickel, and finally 24K gold to give them the best appearance and durability. Most of our designs are also available Hand Painted (page 8). We work with a group of wildlife artists who paint our pins one at a time using blended acrylic paints and a clear sealer to produce an especially nice, higher end pin.

With over 200 designs and three finishes, we have something for everyone. Our products are retailed worldwide through outlets ranging from bait and tackle shops and specialty stores to galleries and catalog companies. School groups, state agencies, and conservation organizations use our pins for fund-raising purposes. Many guides, outfitters, and professional people use our products as incentives and business gifts. Artists and craftsmen paint our pins or incorporate them into belt buckles, knife handles, clocks, desk accessories, awards and similar projects. Ultimately each piece ends up in the hands of an appreciative outdoor enthusiast.

For the past ten years, we have constantly strived to produce the highest quality fish and wildlife pins available and apply the strictest standards of quality control in the reproduction of these sculptures. We guarantee their quality and your satisfaction.

Since designs are added frequently, be sure to ask what is new! We take great pride in our customer service and look forward to hearing from you soon.

*George G. Harris*



Antiqued Fine Pewter Pins
Pages 1-6

24K Gold Plated Pins
Page 7

Hand Painted Pins
Page 8

Mini-Pins & Tie Tacs
Page 6

Please note: All designs in this catalog are copyrighted and registered with the United States Copyright Office. We welcome artists and craftspeople to purchase our products and rework them, however, we retain the exclusive reproduction rights and do not authorize anyone, under any circumstances, to reproduce our original designs.



# Antiqued Fine Pewter Castings... Shown Actual Size

## Freshwater Fish



100 - Channel Catfish

101 - Black Bullhead

102 - Black Crappie

103 - Shad

104 - Brown Trout

105 - Chinook Salmon

106 - Coho Salmon

107 - Sockeye

108 - Muskellunge

109 - Northern Pike

110 - Piranha

111 - Sunfish

112 - Rainbow Trout

113 - Black Crappie

114 - Brook Trout

116 - Steelhead

117 - Walleye

118 - Perch

120 - Largemouth Bass

121 - Smallmouth Bass

122 - Atlantic Salmon

123 - Rainbow Trout

124 - Chinook Salmon

125 - Brook Trout

126 - Brown Trout

127 - Grayling

129 - Steelhead

130 - Cutthroat Trout

131 - Ayu (Japanese)

132 - Yamame Trout (Japanese)

133 - Mirror Carp

134 - Carp

135 - Coho Salmon

139 - Lake Trout

140 - Largemouth Bass

141 - Largemouth Bass

142 - Largemouth Bass

151 - Sturgeon

## Freshwater Fish
**(Continued)**



152 - Paddlefish

153 - Eel

154 - Tilapia

## Saltwater Fish

201 - Sailfish

202 - Tuna

203 - Dolphin

204 - Dusky Shark

205 - Fluke

206 - Snook

207 - Striped Bass

208 - Marlin

209 - Tarpon

210 - Bonito

211 - Weakfish

212 - Bluefish

213 - Mako Shark

214 - Redfish

215 - Bonefish

216 - Permit

217 - Swordfish

218 - Yellowfin

219 - King Mackerel

220 - Barracuda

221 - Cod

222 - Flounder

223 - Halibut

224 - Lingcod

225 - Grouper

226 - Blackfish

250 - Great White Shark

251 - Hammerhead

270 - Angelfish

271 - Butterfly Fish

272 - Triggerfish

## Mammals



400 - Buck Head
401 - Whitetail Deer
402 - Whitetail Deer
404 - Elk
405 - Black Bear
406 - Moose

407 - Buffalo
409 - Fox
410 - Raccoon
411 - Wolf
412 - Rabbit
413 - Beaver

415 - Woodchuck
414 - Otter
416 - Armadillo
417 - Kangaroo
418 - Wolf
419 - Squirrel

420 - Whitetail Deer
421 - Whitetail Deer (8 point)
422 - Bighorn Sheep
423 - Grizzly
425 - Wild Boar

426 - Mountain Lion
430 - Mule Deer
431 - Caribou
432 - Pronghorn
433 - Moose
434 - Elk

439 - Cat
440 - Horse
441 - Horse
442 - Mule
445 - Cow

446 - Pig
447 - Sheep
450 - Labrador Retriever
451 - German Shorthair
452 - German Shepherd

George G. Harris'

# WILDLIFE
# COLLECTION

## Wearable Art For
## The Outdoor Enthusiast



$2.00

This "Fine Pewter" pin collection has grown out of my fascination with wildlife and the desire to capture its diversity in accurately detailed and affordable pieces of wearable art.

My interest in wildlife was firmly established at an early age through countless visits to museums, zoos, hiking and fishing trips and by keeping all sorts of pets. This appreciation was further enhanced while earning degrees in Natural Resource Conservation and Biology.

Combining this with my childhood compulsion to sculpt mashed potatoes at the dinner table, becoming a wildlife sculptor was not only logical but inevitable.

I sculpt the original designs at actual size and then make precision molds from them, capturing even the finest details. Working with my brother Jim and the production crew, we hand pour and finish each piece in a 20 step process. The work is cast exclusively in "Fine Pewter", a jeweler's alloy which maintains its antiqued look indefinitely.

Each of our more than 350 designs is offered in Antiqued Pewter and 24K Gold Plated finishes. Most are also available Hand Painted (see index), done meticulously by a talented and patient group of wildlife artists using blended acrylic paints and a durable sealer to create an especially striking piece of wearable art. Designs are added frequently so be sure to ask what's new.

Our pins are for everyone! They are sold worldwide through sporting goods stores, specialty shops, galleries and catalogs. Conservation groups, schools and businesses use them for fund raising and promotional items. Artists and craftsmen paint our pins or incorporate them into belt buckles, knife and rod handles, cameos with framed art and limitless other projects. Ultimately, each piece ends up in the hands of an appreciative outdoor enthusiast.

Since 1984, we've constantly strived to produce the highest quality fish and wildlife pins available and apply the strictest standards of quality control in their reproduction. Your satisfaction is guaranteed.

We take great pride in our customer service and look forward to hearing from you soon.

*George G. Harris*

COPYRIGHT NOTICE:

ALL DESIGNS IN THIS CATALOG ARE COPYRIGHT PROTECTED AND REGISTERED WITH THE UNITED STATES COPYRIGHT OFFICE, PROVIDING SEVERE PENALTIES FOR THEIR UNLAWFUL REPRODUCTION. WE RETAIN EXCLUSIVE RIGHTS AND VIGOROUSLY DEFEND THEM AND DO NOT AUTHORIZE ANYONE, UNDER ANY CIRCUMSTANCES, TO REPRODUCE OUR ORIGINAL COPYRIGHTED DESIGNS.

George G. Harris
"Wildlife Collection"
P.O. Box 748
Englishtown, New Jersey 07726
888-443-3169



## Index
### Shown actual size



Over 300 Antiqued Fine Pewter Pins shown on pages 3-5.



Over 300 24K Gold Plated Pins. Selected items shown on page 6.



Nearly 300 Hand Painted Pins. Selected items shown on page 6.



Over 50 Mini-Pins & Tie Tacs.
Entire collection shown on back cover.

13 Antiqued Fine Pewter Keychains.
Entire collection shown on page 6.



## Freshwater Fish

100 - Channel Catfish 101 - Bullhead 103 - Shad 104 - Brown Trout

106 - Coho Salmon 107 - Sockeye 108 - Muskellunge

109 - Northern Pike 110 - Piranha 111 - Sunfish 112 - Rainbow Trout

113 - Black Crappie 115 - Brook Trout 116 - Steelhead 118 - Perch

119 - Walleye 120 - Largemouth 121 - Smallmouth 122 - Atlantic Salmon 122A - Atlantic Salmon 123 - Rainbow Trout 124 - Chinook Salmon 125 - Brook Trout

126 - Brown Trout 127 - Grayling 128 - Iwana 129 - Steelhead 130 - Cutthroat Trout 132 - Yamame 133 - Mirror Carp 133A - Koi

134 - Carp 135 - Coho Salmon 136 - Pink Salmon 139 - Lake Trout 140 - Largemouth 141 - Largemouth 142 - Largemouth

151 - Sturgeon 152 - Paddlefish 153 - Eel 154 - Tilapia 165 - Hybrid Striper

## Saltwater Fish

201 - Sailfish 202 - Bluefin Tuna 203 - Dolphin 204 - Dusky Shark 205 - Fluke 206 - Snook 207 - Striped Bass 208 - Marlin

209 - Tarpon 210 - Bonito 211 - Weakfish 212 - Bluefish 213 - Mako Shark 215 - Bonefish 216 - Permit 217 - Swordfish

218 - Yellowfin Tuna 219 - King Mackerel 220 - Barracuda 221 - Cod 222 - Flounder 223 - Halibut 224 - Lingcod 225 - Grouper

226 - Blackfish 227 - Redfish 228 - Cobia 229 - Sea Bass 231 - Roosterfish 250 - Great White Shark 251 - Hammerhead

255 - Manta Ray 269 - Sea Horse 270 - Angelfish 271 - Butterfly Fish 272 - Triggerfish

*Pins Shown 55% Actual Size*

## Birds

301 - Pheasant 302 - Ruffed Grouse 303 - Turkey Feather 304 - Woodcock 305 - Ruffed Grouse Feather 305A - Grouse Tail Fan 308 - Turkey 309 - Ruffed Grouse 310 - Mallard Decoy 311 - Canada Goose Decoy 312 - Woodduck Decoy 313 - Canvasback Decoy





# ANTIQUED FINE PEWTER PINS

314 - Hooded Merganser
316 - Swan
317 - Woodduck
318 - Mallard
319 - Canada Goose
320 - Canada Goose
321 - Mallard
322 - Woodduck
323 - Pintail
326 - Turkey
327 - Turkey
328 - Grouse

329 - Bobwhite
330 - Bald Eagle
333 - Bald Eagle
341 - Puffin
342 - Pelican
343 - Penguin
344 - Loon w/chick
345 - Great Blue Heron
346 - Flamingo
347 - Ostrich
349 - Hummingbird
350 - Hummingbird

351 - Dove
354 - Parrot
355 - Cockatoo
356 - Toucan
359 - Roadrunner
360 - Great Horned Owl
361 - Snowy Owl
362 - Screech Owl
365 - Peregrine
370 - Cardinal
371 - Chickadee

372 - Blue Jay
373 - Wren
374 - Robin
380 - Rooster
381 - Hen & Chicks
382 - Chick & Egg
385 - Seagull

Pins Shown 55% Actual Size

## Mammals

400 - Buck
403 - Buck & Doe
404 - Elk
405 - Black Bear
406 - Moose
407 - Buffalo
408 - Skunk
409 - Fox
410 - Raccoon
412 - Rabbit
413 - Beaver
414 - Otter

414A - Mink
414B - Ferret
415 - Woodchuck
416 - Armadillo
417 - Kangaroo
418 - Wolf
419 - Squirrel
419A - Mouse
420 - Whitetail Deer
421 - Whitetail Deer (8pt.)

422 - Bighorn Sheep
423A - Brown Bear & Salmon
424A - Polar Bear w/Cubs
425 - Wild Boar
426 - Mountain Lion
426A - Mountain Lion
427 - Bobcat
429 - Wolf
429A - Wolf
430 - Mule Deer

431 - Caribou
432 - Pronghorn
433 - Moose
434 - Elk
435 - Ram
438 - Cat
439 - Cat
440 - Horse
441 - Horse
442 - Mule
443 - Horse

443A - Unicorn
445 - Cow
446 - Pig
447 - Sheep
449 - Camel
463 - Whitetail Deer (spike)
466 - Whitetail Deer (4pt.)
467 - Whitetail Deer (6pt.)
468 - Whitetail Deer (10pt.)
469 - Doe
470 - Roebuck

474 - Sea Otter w/baby
475 - Dolphin
476 - Manatee
480 - Blue Whale
481 - Sperm Whale
482 - Gray Whale
483 - Killer Whale
485 - Humpback w/calf

488 - Zebra
489 - Gorilla
490 - Elephant
491 - Hippopotamus
492 - Rhinoceros
493 - Lion
494 - Giraffe
496 - Panda
497 - Koala w/baby



495 - Tiger
498 - Hedgehog
499 - Bat

Pins Shown 55% Actual Size

## Dogs

450 - Labrador Retriever
450A - Lab
450B - Lab
451 - German Shorthair
452 - German Shepherd
453 - Beagle
453A - Greyhound
453B - Coon Hound
454 - Golden Retriever

455 - Brittany
455A - Cocker Spaniel
455B - Springer Spaniel
456 - English Pointer
456A - Dalmatian
457 - English Setter
458 - Sheltie
458A - Shar Pei
459 - Doberman

460 - Rottweiler
460A - Amstaff Terrier
461 - Schnauzer
461B - Scotty
461C - Jack Russell
461D - Poodle
462 - Dachshund
463 - Boxer
463A - Bulldog
463B - Great Dane

464 - Chow
464A - Husky
464B - Samoyed
850 - Yorkie
851 - Pomeranian
852 - Boston Terrier
854 - Border Collie
855 - Bassett Hound
856 - Bichon Frise
859 - Airedale

## Miscellaneous

501 - Mayfly
502 - Stonefly Nymph
503 - Caddis
510 - Royal Wulff
511 - Adams
512 - Muddler Minnow
513 - Salmon Fly
521 - Fly Reel
527 - Crawfish

529 - Lobster
530A - Lobster
531 - Crab
531A - Dungeness Crab
532 - Shrimp
539 - Starfish
540 - Clam
541 - Scallop
542 - Abalone
543 - Mussel

544 - Oyster
550 - Squid
570 - Tiger Swallowtail
571 - Luna Moth
589 - Salamander
590 - Frog
591 - Tree Frog
592 - Tree Frog
600 - Alligator
605 - Rattlesnake

606 - Snake
607 - Sea Turtle
608 - Box Turtle
615 - Iguana
620 - Brontosaurus
621 - Stegosaurus
622 - Tyrannosaurus
623 - Triceratops

702 - Arrowhead
703 - Broadhead
703B - Broadhead & Bear
703C - Broadhead & Turkey
703D - Broadhead & Deer
703E - Broadhead & Elk
800 - White Flyer Clay Target
900 - Mermaid

901 - Scuba Diver
902 - Shooter
903 - Bow Hunter
903A - Bow Hunter
904 - Golfer
910 - Fly Fisherman
911 - Bass Fisherman
930 - Snowmobile
931 - Canoe
960 - Lighthouse



# 24K Gold Plated
*Partial collection shown, ALL designs on pages 3 - 5 are available 24K Gold Plated.*

- 119G - Walleye
- 124G - Chinook Salmon
- 141G - Largemouth
- 201G - Sailfish
- 202G - Bluefin Tuna
- 209AG - Tarpon
- 308G - Turkey
- 333G - Bald Eagle
- 400G - Buck Head
- 423AG - Brown Bear w/Salmon
- 424AG - Polar Bear w/Cubs
- 434G - Elk
- 443G - Horse
- 454G - Golden Retriever
- 462G - Dachshund
- 468G - 10Pt. Buck
- 475G - Dolphin
- 485G - Humpback w/Calf
- 490G - Elephant
- 499G - Bat
- 521G - Fly Reel
- 531G - Crab
- 591G - Tree Frog
- 607G - Sea Turtle
- 901G - Scuba Diver
- 910G - Fly Fisherman

# Hand Painted
*Partial collection shown, MOST designs on pages 3 - 5 are available Hand Painted.*

- 104P - Brown Trout
- 108P - Muskellunge
- 123P - Rainbow Trout
- 124P - Chinook Salmon
- 142P - Largemouth
- 207P - Striped Bass
- 301P - Pheasant
- 321P - Mallard
- 322P - Woodduck
- 326P - Turkey
- 330P - Bald Eagle
- 344P - Loon w/Chick
- 346P - Flamingo
- 350P - Hummingbird
- 362P - Screech Owl
- 403P - Buck & Doe
- 418P - Wolf
- 421P - 8Pt. Buck
- 427P - Bobcat
- 426AP - Mountain Lion
- 429P - Wolf
- 434P - Elk
- 450BP - Lab
- 450BP - Lab
- 450BP - Lab
- 452P - German Shepherd
- 453AP - Greyhound
- 456P - English Pointer
- 463P - Boxer
- 854P - Border Collie
- 513P - Salmon Fly
- 570P - Tiger Swallowtail
- 591P - Tree Frog
- 615P - Iguana
- 703DP - Broadhead w/Deer
- 900P - Mermaid

# Keychains
*Entire collection of 13 Keychains shown.*

**Keychains Shown 55% Actual Size**

- KC123 - Rainbow Trout (front and back of keychain shown)
- KC124 - Chinook Salmon
- KC142 - Largemouth
- KC207 - Striped Bass
- KC309 - Ruffed Grouse
- KC326 - Turkey
- KC400 - Buck Head
- KC418 - Wolf
- KC433 - Moose
- KC434 - Elk
- KC450 - Labrador Retriever
- KC591 - Tree Frog
- KC702 - Arrowhead

6

**D150 (Mini-Pin Stand)**
Holds 5 each of 30 Mini-Pins
150 Mini-Pins total

**D48 (Counter Stand)**
Holds 3 each of 16 Full Size Pins
48 Pins total

**D60 (Counter Stand)**
Holds 3 each of 20 Full Size Pins
60 Pins total

**D72 (2 Sided Spinner)**
Holds 3 each of 24 Full Size Pins
72 Pins total

**D144 (4 Sided Spinner)**
Holds 3 each of 48 Full Size Pins
144 Pins total

**D288 (4 Sided Spinner, Floor Stand)**
Holds 3 each of 96 Full Size Pins
288 Pins total



All full size pins come with two posts and two clutches for extra secure, non-spin holding power.*

Tie Tacs come with longer post and special clutch with chain & T-bar.

*Except Pins #305, 501, 800, Mini-Pins & Tie Tacs.



Carded & Blister Boxed Pin and Carded Mini-Pin Shown Actual Size



# Mini-Pins
*Entire collection shown.*

M100 - Catfish · M108 - Muskellunge · M112 - Rainbow Trout · M119 - Walleye · M122A - Atlantic Salmon · M123 - Jumping Trout · M124 - Chinook

M140 - Largemouth · M141 - Largemouth · M201 - Sailfish · M206 - Snook · M207 - Striped Bass · M213 - Mako · M227 - Redfish · M269 - Seahorse

M304 - Woodcock · M305 - Feather · M308 - Turkey · M309 - Ruffed Grouse · M320 - Canada Goose · M321 - Mallard · M326 - Turkey · M327 - Turkey · M329 - Bobwhite

M330 - Eagle · M333 - Eagle · M344 - Loon w/chick · M350 - Hummingbird · M380 - Rooster · M400 - Buck Head · M405 - Bear · M418 - Wolf · M420 - Deer

M429 - Wolf · M433 - Moose · M434 - Elk · M438 - Cat · M446 - Pig · M450 - Labrador · M475 - Dolphin · M476 - Manatee · M485 - Humpback

M490 - Elephant · M530 - Lobster · M531 - Crab · M532 - Shrimp · M539 - Starfish · M591 - Tree Frog · M600 - Alligator · M605 - Rattlesnake

M607 - Sea Turtle · M702 - Arrowhead · M703D - Broadhead & Deer · M850 - Egg · M950 - Minuteman

**Pins Shown 90% Actual Size**

# Tie Tacs
*Partial collection shown, ALL Mini-Pins above are available as Tie Tacs.*

         

TT112G - Rainbow Trout · TT141G - Largemouth · TT308G - Turkey · TT333G - Eagle · TT400G - Buck Head · TT434G - Elk · TT450G - Labrador · TT531G - Crab · TT591G - Tree Frog



## Over 350 Designs Now Available!

*Your choice of 3 finishes:*
- *Antiqued Fine Pewter*
- *24K Gold Plated*
- *Hand Painted*

*All items in stock for quick shipment. To order your selection of wearable art for the outdoor enthusiast...*

**CALL TODAY, TOLL FREE 888-443-3169**

George G. Harris'
"Wildlife Collection"
P.O. Box 748, Englishtown, New Jersey 07726
732-446-3169 • Fax: 732-446-5423

# Antiqued Fine Pewter Castings... Shown Actual Size

## Birds



301 - Pheasant
302 - Ruffed Grouse
304 - Woodcock
305 - Ruffed Grouse Feather
306 - Bobwhite
307 - Turkey
308 - Turkey
309 - Ruffed Grouse
310 - Mallard
311 - Canada Goose
312 - Woodduck
313 - Canvasback
314 - Hooded Merganser
315 - Loon
316 - Swan
317 - Woodduck
318 - Mallard
319 - Canada Goose
320 - Canada Goose
321 - Mallard
322 - Woodduck
323 - Pintail
326 - Turkey
327 - Turkey
328 - Ruffed Grouse
329 - Bobwhite
330 - Bald Eagle
331 - Bald Eagle
332 - Bald Eagle
341 - Puffin
342 - Pelican
343 - Penguin
344 - Loon w/chick
350 - Hummingbird
351 - Dove
359 - Roadrunner
354 - Parrot
360 - Great Horned Owl
361 - Snowy Owl
370 - Cardinal
371 - Chickadee
372 - Blue Jay
380 - Rooster

3

http://www.ggharris.com:80/    Go

OCT **DEC** FEB

◀ **13** ▶

**69 captures**
15 Apr 2003 - 15 Nov 2017

2002 **2003** 2005

▼ About this capture



## PINS & KEYCHAINS CAST IN FINE PEWTER





Home

Artist Statement

Displays & Packaging

Dog Keychains

Freshwater Fish

Saltwater Fish

Birds

Mammals

Miscellaneous

Mini-Pins & Tie Tacs

24K Plated & Painted

14K Solid Gold

New Items

FAQ's

How to Order

Thank you for visiting
ggharris.com, featuring the
detailed artwork of George G.
Harris. We are longtime suppliers
to the Pet, Gift, Hunting, Fishing
and Seafood Industries,
Government Agencies, plus many
Organizations, Specialty Retailers
and Vendors.

Please note; this is a wholesale
site with a 48 PIECE MINIMUM
OPENING ORDER. For smaller
orders, please visit your favorite
retailer or purchase from one of
our full line dealers below:

www.harrispewter.com

www.allkindsofanimals.com

© 2003 Copyright Notice

All designs on this website are
copyrighted and registered
with the United States
Copyright Office. We retain
exclusive rights & vigorously
defend them against any
unlawful reproduction of our
work.

http://www.ggharris.com:80/MiniPins.html    Go

11 captures
12 Aug 2003 - 7 Sep 2008

DEC **FEB** MAY

◀ **23** ▶

2004 **2006** 2007

About this capture





## Home
## Artist Statement
## Displays & Packaging
## Dog Keychains
## Freshwater Fish
## Saltwater Fish
## Birds
## Mammals
## Miscellaneous
## Mini-Pins & Tie Tacs
## 24K Plated & Painted
## 14K Solid Gold
## New Items
## FAQ's
## How to Order

# MINI-PINS & TIE TACS
Fine Pewter Mini-Pins & 24K Gold Plated Tie Tacs (Average length 1/2 - 3/4

ALL designs below available as PEWTER MINI-PINS (sold in 5's per design)       **Sugges**

© 2003 Copyright Notice

All designs on this website are copyrighted and registered with the United States Copyright Office. We retain exclusive rights & vigorously defend them against any unlawful reproduction of our work.



## TIE TACS
Fine Pewter 24K Gold Plated Tie Tacs (Average length 1/2 - 3/4")
ALL designs above available as 24K GOLD PLATED TIE TACS (sold individually) **Sugges**



TT112G -
Rainbow Trout

TT141G -
Largemouth

TT308G -
Turkey

TT333G -
Eagle

TT400G -
Buck Head

Tie Ta
with l
and sp
with c

TT434G -
Elk

TT450G -
Labrador

TT531G -
Crab

TT591G -
Tree Frog