**EXHIBIT E**

# INVOICE

**GEORGE G. HARRIS'**  
**"WILDLIFE COLLECTION"**  
P. O. BOX 748  
Englishtown, NJ 07726  

www.ggharris.com  
TOLL FREE 888-443-3169  
732-446-3169   FAX 732-446-5423  

**Invoice # :**   14256  
6/4/2012

**Sold To:**  
CONNECTICUT SHOTGUN MFG  
PO BOX 1692  
NEW BRITAIN, CT 06051  

**Ship To (if different):**  
CONNECTICUT SHOTGUN MFG  
100 BURRITT ST  
NEW BRITAIN, CT 06053  

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | NEW PRODUCT SAMPL | BOB ULRICH | | 6/4/2012 | MEMO BILLING |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 1 pcs @ | $3.25 | $3.25 |
|---|---|---|---|---|---|
| 1 #301A- | PHEASANT WALKING | . . . . . . . . . . . . . . . | | | |

| 24K GOLD PLATED PEWTER PINS (BAGGED) | | Total : | 1 pcs @ | $7.50 | $7.50 |
|---|---|---|---|---|---|
| 1 #301AG- | PHEASANT WALKING | . . . . . . . . . . . . . . . | | | |

| HAND PAINTED PEWTER PINS (BAGGED) | | Total : | 1 pcs @ | $13.00 | $13.00 |
|---|---|---|---|---|---|
| 1 #301AP- | PHEASANT WALKING | . . . . . . . . . . . . . . . | | | |

| 24K GOLD PLATED PENDANTS (BAGGED) | | Total : | 2 pcs @ | $7.50 | $15.00 |
|---|---|---|---|---|---|
| 1 #P321G- | MALLARD, FLYING | . . . . . . . . . . . . . . . | 1 #P468DG- | 13 PT BUCK SKULL W DROP TINE | |

| 24K GOLD PLATED PENDANTS W CHAIN (BAGGED) | | Total : | 7 pcs @ | $10.00 | $70.00 |
|---|---|---|---|---|---|
| 1 #PC301G- | PHEASANT FLYING | . . . . . . . . . . . . . . . | 1 #PC304G- | WOODCOCK | |
| 1 #PC305AG- | TAIL FAN | . . . . . . . . . . . . . . . | 1 #PC308G- | TURKEY, FLYING | |
| 1 #PC309G- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . . | 1 #PC326G- | TURKEY, STRUTTING LEFT | |
| 1 #PC800G- | WHITE FLYER CLAY TARGET | . . . . . . . . . . . . . . . | | | |

| MISCELLANEOUS (*****) | | Total : | 4 pcs | | $48.00 |
|---|---|---|---|---|---|
| 1 | #D30910 - DP Grouse, flying (faces right) | | @ | $12.00 | $12.00 |
| 1 | #D30920 - DP Grouse, flying (faces left) | | @ | $12.00 | $12.00 |
| 1 | #D32610 - DP Turkey, strutting (faces right) | | @ | $12.00 | $12.00 |
| 1 | #D32620 - DP Turkey, strutting (faces left) | | @ | $12.00 | $12.00 |

NEW PRODUCT SAMPLES FOR REVIEW - ANY PIECES CAN BE KEPT AND PAID FOR OR RETURNED. NOTE: PENDANTS SAMPLES WERE SENT 2 WAYS - BAGGED WITHOUT CHAIN @ $7.50 AND BAGGED AND CARDED WITH CHAIN @ $10.00. RE: DRAWER PULLS, SEE LITERATURE FOR OTHER STYLES. DISCOUNT AT 50 PIECES 5%, 100 PIECES 10%. 8/21/2012 Chk# 93080 $156.75 Closed.

| | |
|---|---|
| Merchandise SubTotal: | $156.75 |
| Sub-Total with Charges: | $156.75 |
| **TOTAL:** | **$156.75** |

THIS ORDER SENT ON "MEMO BILLING". PLEASE PAY FOR ANY PIECES BEING KEPT AND RETURN ANY UNWANTED PIECES FOR CREDIT. THANK YOU!

Please make all checks payable to "George G. Harris" and include invoice number.  
THANK YOU FOR THIS ORDER.

HAR00057