**EXHIBIT F**

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date     : 02/22/16    Invoice No. :    148658A
Due Date: 02/22/16    Page:            1

0000053050                                Ship To/Remarks

REDACTED

USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0104 | Labrador Retriever Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0250 | Golden Retriever-Full Body | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0112 | Golden Retriever Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0103 | English Setter Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0106 | English Pointer Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0110 | Coon Hound Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0111 | Beagle Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0121 | Bobwhite Quail Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0118 | Mallard Duck Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0122 | Canada Goose Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0123 | Turkey Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0125 | Woodduck Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0130 | Dove Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |

Sub-Total :

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING        Tax        :
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION        Total      :

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS. ALL NEW GUNS ARE CUSTOM MADE.       Net To Pay:

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number. Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition. Purchasers assume all liability contingent to the use of arms
purchased from us.

Date      : 02/22/16    Invoice No. :   148658A
Due Date: 02/22/16    Page:                    2

0000053050                                      Ship To/Remarks

**REDACTED**

USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0132 | Pheasant - Flying Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0134 | Woodduck Head Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0201 | Flying Turkey | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0136 | Elk Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0137 | Moose Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0139 | Whitetail Buck/side/PewterPin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0140 | Black Bear Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0272 | Moose Head | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0287 | Buck - Jumping | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0406 | Walking Pheasant-Painted | 1.0 | 1.0 | | 9.9500 | 9.95 |
| MISC | Hand Painted Dove Pwt Pin - see RMA # | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0269 | Hand Painted Turkey Pwt Pin | 1.0 | 1.0 | | 14.9500 | 14.95 |
| Z0510 | Mallard Flying-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |

Sub-Total :

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING            Tax          :
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION           Total        :

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.  ALL NEW GUNS ARE CUSTOM MADE.         Net To Pay:

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.  Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.  Purchasers assume all liability contingent to the use of arms
purchased from us.

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date     : 02/22/16    Invoice No. : 148658A
Due Date : 02/22/16    Page:         3

0000053050                                    Ship To/Remarks

**REDACTED**

USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0506 | Turkey-Strutting-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0507 | Skull & Horns-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0303 | Bobwhite Quail Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0304 | Canada Goose Gold Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |

|  |  |
|---|---|
| Sub-Total : | 303.50 |
| Tax : | 0.00 |
| Total : | 303.50 |
| VISA : | -313.50 |
| Net To Pay: | -10.00 |

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.  ALL NEW GUNS ARE CUSTOM MADE.

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.  Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.  Purchasers assume all liability contingent to the use of arms
purchased from us.

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date      : 03/10/16    Invoice No. :   149038A
Due Date: 03/10/16    Page:                 1

0000053050                                  Ship To/Remarks

REDACTED

USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0103 | English Setter Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0107 | Clay Target Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0108 | Shooter #1 | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0113 | German Shorthair Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0115 | Springer Spaniel Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0116 | Rabbit Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0117 | Ruffed Grouse Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0124 | Woodcock Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0131 | Ruffed Grouse Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0136 | Elk Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0400 | Walking Pheasant | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0415 | Tom Turkey - Walking | 1.0 | 0.0 | 1.0 | 9.9500 | 0.00 |
| Z0416 | Turkey Flying | 1.0 | 0.0 | 1.0 | 9.9500 | 0.00 |

Sub-Total :
NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING        Tax         :
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION       Total       :

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.  ALL NEW GUNS ARE CUSTOM MADE.     Net To Pay:

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.  Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.  Purchasers assume all liability contingent to the use of arms
purchased from us.

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date : 03/10/16  Invoice No. : 149038A
Due Date: 03/10/16  Page: 2

0000053050

Ship To/Remarks

REDACTED

USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0502 | White Flyer-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0503 | Woodcock Flying-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0504 | Pheasant Flying-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0505 | Turkey-Flying-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0508 | Tail Feathers-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0509 | Ruffed Grouse-Necklace | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0300 | Ruffed Grouse Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0302 | Turkey (flying) Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0305 | Whitetail Buck Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0307 | Mallard Duck Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0308 | Woodcock Tie Tac - Gold | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0309 | Labrador Retriever Tie Tac | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0500 | Walking Pheasant-Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |

Sub-Total :
Tax :
Total :

Net To Pay:

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.  ALL NEW GUNS ARE CUSTOM MADE.

Any guns that are returned will require a return authorization number to be indicated on the outside of package with name and telephone number. Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning order and are not intended for actual use with ammunition. Purchasers assume all liability contingent to the use of arms purchased from us.

Connecticut Shotgun Mfg. Co.
100 Burritt Street
New Britain CT 06053

www.connecticutshotgun.com
Phone : (860) 225-6581    Fax : (860) 832-8707

Date      : 03/10/16        Invoice No. :   149038A
Due Date: 03/10/16        Page:                  3

0000053050                                       Ship To/Remarks

**REDACTED**

USA

| Item Number | Description | Ordered | Shipped | Backordered | Unit Price | Extended |
|---|---|---|---|---|---|---|
| Z0205 | English Setter Pewter Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0252 | Hand Painted English Setter | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0259 | Hand Painted Ruffed Grouse Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0260 | Hand Painted Pheasant Pwt Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0268 | Hand Painted Quail Pwt Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0411 | Hand Painted Dove Pwt Pin | 1.0 | 0.0 | 1.0 | 9.9500 | 0.00 |
| Z0412 | Hand Painted Turkey Pwt Pin | 1.0 | 1.0 | | 9.9500 | 9.95 |
| Z0414 | Bird Button | 1.0 | 0.0 | 1.0 | 9.9500 | 0.00 |

NON-CONNECTICUT PURCHASERS ARE RESPONSIBLE FOR DETERMINING AND REMITTING
TO THEIR HOME STATE ALL APPLICABLE USE TAXES RELATING TO THIS TRANSACTION

THERE ARE NO REFUNDS OR RETURNS ON NEW GUNS.  ALL NEW GUNS ARE CUSTOM MADE.

Any guns that are returned will require a return authorization number to be indicated on the outside of package with
name and telephone number.  Any disputes or legal actions will be in the jurisdiction of The State of Connecticut.

Antique and secondhand shotguns are sold as antiques or collectors items. They are not guaranteed as safe or in functioning
order and are not intended for actual use with ammunition.  Purchasers assume all liability contingent to the use of arms
purchased from us.

| | | |
|---|---|---|
| Sub-Total : | | 298.50 |
| Tax | : | 0.00 |
| Total | : | 298.50 |
| VISA | : | -348.30 |
| Net To Pay: | | -49.80 |