# EXHIBIT 4

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
**P. O. BOX 748**
**Englishtown, NJ  07726**

www.ggharris.com
**TOLL FREE 888-443-3169**
**732-446-3169   FAX 732-446-5423**

**Invoice # :**        885

1/4/2000

**Sold To:**

CONNECTICUT SHOTGUN MFG
PO BOX 1692
NEW BRITAIN, CT 06051

**Ship To (if different):**

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2736 | FAX 01-04-00 | CAROL TORNEO | | 1/4/2000 | 5% 7 DAYS, NET 30 |

| ANTIQUED PEWTER PINS (BAGGED) | | Total : | 198 pcs @ | $2.65 | $524.70 |
|---|---|---|---|---|---|
| 9 #302- | RUFFED GROUSE | . . . . . . . . . . . . . . | 18 #304- | WOODCOCK | |
| 18 #308- | TURKEY, FLYING | . . . . . . . . . . . . . . | 9 #309- | RUFFED GROUSE, FLYING | |
| 18 #320- | CANADA GOOSE, FLYING | . . . . . . . . . . . . . . | 18 #322- | WOODDUCK, FLYING | |
| 18 #351- | DOVE | . . . . . . . . . . . . . . | 18 #800- | WHITE FLYER CLAY TARGET | |
| 18 #902- | SHOOTER | . . . . . . . . . . . . . . | 18 #455- | BRITTANY | |
| 18 #457- | ENGLISH SETTER, TAIL BACK | . . . . . . . . . . . . . . | 18 #450- | LABRADOR, SITTING | |

| 24K GOLD PLATED TIE TACS (CARDED) | | Total : | 16 pcs @ | $5.00 | $80.00 |
|---|---|---|---|---|---|
| 8 #TT309G- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . | 8 #TT329G- | BOBWHITE, OPEN WING | |

10  QUAIL TIE TACS AND 10 RUFFED GROUSE TIE
TACS BACKORDERED.  WILL SHIP 1 - 2 WEEKS.
2/25/2000  Chk# 31238  $612.70  CLOSED.

| | |
|---|---|
| **Merchandise  SubTotal:** | **$604.70** |
| SHIPPING & HANDLING | $8.00 |
| **Sub-Total with Charges:** | **$612.70** |
| **TOTAL:** | **$612.70** |

TAKE 5% MERCHANDISE DISCOUNT ($582.47) IF PAID BY 1/11/2000, OTHERWISE DUE IN FULL, NET 30 DAYS, THANKS !

Please make all checks payable to "George G. Harris" and include invoice number.

THANK YOU FOR THIS ORDER.

HAR00018