# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

GEORGE G. HARRIS, a/k/a,
GEORGE G. HARRIS' WILDLIFE COLLECTION,

    *Plaintiff,*

  v.

CONNECTICUT SHOTGUN MANUFACTURING COMPANY,

    *Defendant.*

Civil Action No. 3:16-cv-00548-SRU

## GEORGE G. HARRIS, A/K/A, GEORGE G. HARRIS' WILDLIFE COLLECTION'S NOTICE OF CROSS-MOTION TO VOLUNTARILY DISMISS COUNT III OF THE COMPLAINT

1. Plaintiff George G. Harris, a/k/a George G. Harris' Wildlife Collection, ("Plaintiff" or "Harris") moves for an Order dismissing Count III of its Complaint (Paragraphs 39 to 52), for violations of the Lanham Act.

2. An Attorney Declaration with exhibit is being filed simultaneously herewith.

WHEREFORE, Plaintiff George G. Harris, a/k/a George G. Harris' Wildlife Collection, respectfully requests that this Court grant Plaintiff's Cross-Motion to voluntarily dismiss Count III of the Complaint.

| | |
|---|---|
| Date: March 8, 2018 | **BARCLAY DAMON LLP** |

By: /s/ *Michael A. Oropallo*
Michael A. Oropallo, Admitted *Pro Hac Vice*
Office and Post Office Address
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 425-2831
Facsimile: (315) 703-7367
moropallo@barclaydamon.com

-and –

**SPEARS MANNING, LLC**

Brian E. Spears (ct14240)
Office and Post Office Address
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
Facsimile: (203) 292-9682
bspears@spearsmanning.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE G. HARRIS, a/k/a, <br> GEORGE G. HARRIS' WILDLIFE COLLECTION, <br><br> *Plaintiff,* <br><br> v. <br><br> CONNECTICUT SHOTGUN MANUFACTURING COMPANY, <br><br> *Defendant.* | Civil Action No. 3:16-cv-00548-SRU |

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, a copy of Plaintiff's Notice of Cross-Motion to voluntarily dismiss Count III of Complaint and Attorney Declaration with exhibit, were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Michael A. Oropallo*
Michael A. Oropallo
Attorneys for Plaintiff George G.
Harris, a/k/a, George G. Harris'
Wildlife Collection