# Exhibit I

# INVOICE

**GEORGE G. HARRIS'**
**"WILDLIFE COLLECTION"**
P. O. BOX 748
Englishtown, NJ  07726

www.ggharris.com
TOLL FREE 888-443-3169
732-446-3169   FAX 732-446-5423

**Invoice # :**  14129
4/10/2012

**Sold To:**
PEWTER PLACE
PO BOX 182
REAMSTOWN, PA 17567

**Ship To (if different):**
4 PHOTOGRAPY - RETURNED AFTER
249 N REAMSTOWN RD
DENVER, PA 17517

| Cust. | PO Number | Buyer | Salesman | Ship | Terms |
|---|---|---|---|---|---|
| 2656 | NEW PENDANTS! | DON OLSEN | JIM HARRIS | 4/10/2012 | CONSIGNMENT |

**24K GOLD PLATED PENDANTS (BAGGED)**    Total :   39 pcs  @   $7.50   $292.50

| Qty | Item | Description | | Qty | Item | Description |
|---|---|---|---|---|---|---|
| 1 | #P123G- | RAINBOW TROUT, JUMPING | . . . . . . . . . . . . . . . | 1 | #P124G- | CHINOOK SALMON |
| 1 | #P142G- | LARGEMOUTH BASS, RT | . . . . . . . . . . . . . . . | 1 | #P207G- | STRIPED BASS |
| 1 | #P207AG- | STRIPED BASS JUMPING | . . . . . . . . . . . . . . . | 1 | #P301G- | PHEASANT FLYING |
| 1 | #P304G- | WOODCOCK | . . . . . . . . . . . . . . . | 1 | #P305AG- | TAIL FAN |
| 1 | #P309G- | RUFFED GROUSE, FLYING | . . . . . . . . . . . . . . . | 1 | #P318G- | MALLARD, HEAD |
| 1 | #P321G- | MALLARD, FLYING | . . . . . . . . . . . . . . . | 1 | #P326G- | TURKEY, STRUTTING LEFT |
| 1 | #P344G- | LOON W/CHICK | . . . . . . . . . . . . . . . | 1 | #P350G- | HUMMINGBIRD, LEFT |
| 1 | #P358G- | AFRICAN GREY PARROT | . . . . . . . . . . . . . . . | 1 | #P360AG- | OWL & MOON |
| 1 | #P368G- | REDTAIL HAWK FLYING | . . . . . . . . . . . . . . . | 1 | #P380G- | ROOSTER |
| 1 | #P407AG- | BUFFALO SKULL | . . . . . . . . . . . . . . . | 1 | #P413G- | BEAVER |
| 1 | #P414BG- | FERRET | . . . . . . . . . . . . . . . | 1 | #P415G- | WOODCHUCK |
| 1 | #P418G- | WOLF, HOWLING | . . . . . . . . . . . . . . . | 1 | #P423AG- | BROWN BEAR & SALMON |
| 1 | #P439G- | CAT, SITTING | . . . . . . . . . . . . . . . | 1 | #P530AG- | LOBSTER, 1 3/4" |
| 1 | #P531G- | CRAB | . . . . . . . . . . . . . . . | 1 | #P531AG- | DUNGENESS CRAB |
| 1 | #P532G- | SHRIMP RIGHT | . . . . . . . . . . . . . . . | 1 | #P539G- | STARFISH |
| 1 | #P539BG- | STARFISH, MEDIUM | . . . . . . . . . . . . . . . | 1 | #P539CG- | STARFISH, LARGE |
| 1 | #P544G- | OYSTER | . . . . . . . . . . . . . . . | 1 | #P569G- | DRAGONFLY |
| 1 | #P570G- | TIGER SWALLOWTAIL | . . . . . . . . . . . . . . . | 1 | #P607AG- | SEA TURTLE HATCHLING |
| 1 | #P710G- | ROYAL FLUSH | . . . . . . . . . . . . . . . | 1 | #P800G- | WHITE FLYER CLAY TARGET |
| 1 | #P802G- | SKULL & SHARK | . . . . . . . . . . . . . . . | | | |

THESE PIECES ARE ALL RETURNABLE WHEN PHOTOGRAPHY IS DONE.  HOWEVER, IF YOU WANT "PAYMENT DUE IN 90 DAYS OR RETURNABLE AT THAT TIME" - TO KEEP THE WHOLE BATCH AND TRY TO GET SOME SALES GOING - AND THEY'RE STILL RETURNABLE AT 90 DAYS, WE'D ENCOURAGE THAT ALSO.  WHAT DO YOU THINK?  VERY GOOD LUCK WITH THEM AND THANK YOU EITHER WAY!

| | | |
|---|---|---|
| **Merchandise  SubTotal:** | | $292.50 |
| PEWTER PLACE DISCOUNT | 18 % | |
| **Sub-Total with Discounts:** | | $239.85 |
| **Sub-Total with Charges:** | | $239.85 |
| **TOTAL:** | | $239.85 |

Please make all checks payable to "George G. Harris" and include invoice number.
THANK YOU FOR THIS ORDER.